# EXHIBIT F

# (User "noellohrey" Instagram comment)

# EXHIBIT F

8/18/2017 Owen Cook on Instagram: "My awesome exgirlfriend @cjsparxx had her birthday party last night 😊 popped by to say hi 😊 Go stop by her IG and …

Case 2:17-cv-02230-JAD-NJK Document 1-6 Filed 08/22/17 Page 2 of 2

Search | Get the app | Sign up | Log in



 rsdtyler
Hollywood

Follow

noellohrey @rsdtyler Can you please do something about Immersion. The situation is a mess and nobody knows wether it will take place or not. We paid for the program and everything else. Support didn't answer yet after three days.

tihusss Dissapointed in Papa. He suppose to be The business guru. Having probaly read hundreds of books and networked and worked with so many leaders. Runs a Youtube Channel on it. And this is The outcome?

tihusss #crucialconversations lol

**1,808 likes**
13 HOURS AGO

Log in to like or comment.

Sign up to see photos and videos from your friends.

Sign up

Exhibit F     User "noellohrey" Instagram comment