George F. Ogilvie III (NSBN #3552)
Amanda C. Yen (NSBN #9726)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Fax: 702.873.9966
gogilvie@mcdonaldcarano.com
ayen@mcdonaldcarano.com

Steven L. Procaccini (*Pro Hac Vice To Be Submitted*)
Chris Ellis Jr. (*Pro Hac Vice To Be Submitted*)
NISSENBAUM LAW GROUP, LLC
2400 Morris Avenue, Suite 301
Union, NJ 07083
Telephone: 908-686-8000
Fax: 908-686-8550
sp@gdnlaw.com
ce@gdnlaw.com

*Attorneys for plaintiff Todd VanDeHey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD VANDEHEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REAL SOCIAL DYNAMICS, INC., a Nevada corporation; NICHOLAS KHO, an individual; OWEN COOK, an individual,<br><br>Defendants. | CASE NO.:<br><br>**PLAINTIFF TODD VANDEHEY'S DISCLOSURE STATEMENT/CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned counsel of record for plaintiff Todd VanDeHey certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1. Valentine Life, Inc., a Nevada corporation. Valentine Life, Inc. is the company subject to the dispute between the plaintiff and defendants.

2. There are no other known interested parties other than those participating in the case.

. . .

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

RESPECTFULLY SUBMITTED this 22nd day of August, 2017

McDONALD CARANO LLP

By: /s/George F. Ogilvie III
George F. Ogilvie III (NSBN 3552)
Amanda C. Yen (NSBN 9726)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

NISSENBAUM LAW GROUP, LLC
Steven L. Procaccini (*Pro Hac Vice To Be Submitted*)
Chris Ellis Jr. (*Pro Hac Vice To Be Submitted*)
2400 Morris Avenue, Suite 301
Union, NJ 07083

*Attorneys for plaintiff Todd VanDeHey*



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on or about the 22nd day of August, 2017, a true and correct copy of the foregoing **PLAINTIFF TODD VANDEHEY'S DISCLOSURE STATEMENT/CERTIFICATE OF INTERESTED PARTIES** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ Jelena Jovanovic*
An employee of McDonald Carano LLP