**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Todd VanDeHey,<br><br>    Plaintiff<br><br>v.<br><br>Real Social Dynamics, Inc., et al.,<br><br>    Defendants | 2:17-cv-02230-JAD-NJK<br><br>**Order Setting Hearing on Motions for Temporary Restraining Order and Preliminary Injunction**<br><br>[ECF Nos. 7, 8] |

      Todd VanDeHey and Real Social Dynamics, Inc. ("RSD") are equal shareholders in Valentine Life, Inc., a Nevada corporation that provides online and in-person classes and instructional materials to men on the topics of attracting and dating women. VanDeHey alleges that RSD and its owners, Nicholas Kho and Owen Cook, harmed Valentine Life. The parties have agreed to mediate this dispute. The case before me does not, however, concern the parties' dispute or their agreement to mediate it. Rather, VanDeHey sues RSD, Kho, and Cook under NRS 38.222 seeking the provisional remedies of temporary restraint and a mandatory preliminary and permanent injunction until a mediator has been appointed and authorized to act. VanDeHey now moves on an emergency basis for a temporary restraining order and preliminary injunction.[1]

      IT IS HEREBY ORDERED that the undersigned will hear verbal argument on VanDeHey's motions for a temporary restraining order and preliminary injunction **[ECF Nos. 7, 8] on September 8, 2017, at 2:00 p.m.** in courtroom 6D. VanDeHey has until **August 29, 2017**, to serve the summonses and copies of the complaint, motions for a temporary restraining order and preliminary injunction, and this order on the defendants. The defendants have until **5:00 p.m. on September 6, 2017**, to file any response to the motions.

      DATED: August 22, 2017.

                                                                 _____
                                                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 7, 8.