George F. Ogilvie III (NSBN #3552)
Amanda C. Yen (NSBN #9726)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Fax: 702.873.9966
gogilvie@mcdonaldcarano.com
ayen@mcdonaldcarano.com

Steven L. Procaccini (*Pro Hac Vice To Be Submitted*)
Chris Ellis Jr. (*Pro Hac Vice To Be Submitted*)
NISSENBAUM LAW GROUP, LLC
2400 Morris Avenue, Suite 301
Union, NJ 07083
Telephone: 908-686-8000
Fax: 908-686-8550
sp@gdnlaw.com
ce@gdnlaw.com

*Attorneys for plaintiff Todd VanDeHey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD VANDEHEY, an individual, | CASE NO.: 2:17-cv-02230-JAD-NJK |
| Plaintiff, | Hon. Jennifer A. Dorsey |
| v. | |
| REAL SOCIAL DYNAMICS, INC., a Nevada corporation; NICHOLAS KHO, an individual; OWEN COOK, an individual, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, George F. Ogilvie III, am a partner with MCDONALD CARANO LLP, and hereby certify that co-counsel for plaintiff, Steven L. Procaccino, Esq. and Chris Ellis Jr., Esq. of the Nissenbaum Law Group, LLC, served a true and correct copy of the foregoing *Verified Complaint* and *Emergency Motion for Temporary Restraining Order and Preliminary Injunction* on this 22nd day of August, 2017 by depositing said copies in the United States Mail, postage



prepaid thereon, and via electronic transmission upon the following:

    Defendant Real Social Dynamics, Inc.; Nicholas Kho and Owen Cook
    1930 Village Center Circle, #3-9653
    Las Vegas, Nevada 89134
    Email: papa@realsocialdynamics.com
           tyler@realsocialdynamics.com

    Nicholas Kho
    8121 Gothic Avenue
    Las Vegas, Nevada 89117

    Owen Cook
    1865 Fuller Avenue
    Los Angeles, California 90046

    Steven Gregory Knauss, Esq.
    Joseph Gutierrez, Esq.
    MAIER GUTIERREZ & ASSOCIATES
    8816 Spanish Ridge Avenue
    Las Vegas, NV 89148
    Email : sgk@mgalaw.com
           jag@mgalaw.com

RESPECTFULLY SUBMITTED this 23rd day of August, 2017

                McDONALD CARANO LLP

            By:  */s/George F. Ogilvie III*
                   George F. Ogilvie III (NSBN 3552)
                   Amanda C. Yen (NSBN 9726)
                   2300 West Sahara Avenue, Suite 1200
                   Las Vegas, NV  89102

                NISSENBAUM LAW GROUP, LLC
                Steven L. Procaccini (*Pro Hac Vice To Be Submitted*)
                Chris Ellis Jr. (*Pro Hac Vice To Be Submitted*)
                2400 Morris Avenue, Suite 301
                Union, NJ 07083

                *Attorneys for plaintiff Todd VanDeHey*



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on or about the 23rd day of August, 2017, a true and correct copy of the foregoing **CERTIFICATE OF SERVICE** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

　　　　　　　　　　　　　　　　　　　　 */s/ Jelena Jovanovic*
　　　　　　　　　　　　　　　　　　　　 An employee of McDonald Carano LLP