# Exhibit O

# (Valentine Life, Inc. Statement of Change of Registered Agent)

# Exhibit O



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

*181004*

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* Barbara K. Cegavske Secretary of State State of Nevada | 20170107068-32 |
| | Filing Date and Time |
| | 03/10/2017 7:25 AM |
| | Entity Number |
| | E0003922016-5 |

## Statement of Change of Registered Agent by Represented Entity
(PURSUANT TO NRS 77.340)

This form may be submitted by: the Represented Entity to appoint a new Registered Agent or amend own service of process info. For more information please visit http://www.nvsos.gov/index.aspx?page=141

USE BLACK INK ONLY - DO NOT HIGHLIGHT          ABOVE SPACE IS FOR OFFICE USE ONLY

**1. Name of Represented Entity:**
Valentine Life

**2. Entity File Number:** E0003922016-5

**3. This statement of change will have the following effect:** (check only one)
[X] Appoints a new agent for service of process (complete 4a or 4b)
[ ] Updates contact information of the Represented Entity acting as own agent (complete 4c)

**4. Information in effect upon the filing of this statement:** (complete only one section)

a) Commercial Registered Agent:
Business Filings Incorporated
Name

b) Noncommercial Registered Agent:

Name

Street Address | City | Nevada | Zip Code
Mailing Address (if different from street address) | City | Nevada | Zip Code

c) Title of Office or Other Position within Represented Entity:

Name of Title or Position

Street Address | City | Nevada | Zip Code
Mailing Address (if different from street address) | City | Nevada | Zip Code

**5. Signature of Represented Entity:** (required)

X /s/ *signature*     03-09-2017
Authorized Signature    Todd Vandehey, President    Date

**6. Registered Agent Acceptance:** (required)
I hereby accept appointment as Registered Agent for the above named Entity.

X /s/ *signature*     February 2, 2017
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date

FEE: $60.00    Mark Williams, AVP, Business Filings Incorporated

This form must be accompanied by appropriate fees.

Nevada Secretary of State Form RA Change by Entity
Revised: 1-5-15

[Reset]

Exhibit O     Valentine Life, Inc. Statement of Change of Registered Agent