# Exhibit Q

# (Valentine Life, Inc. Certificate of Dissolution)

# Exhibit Q



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov


*130205*

Filed in the office of
*Barbara K. Cegavske*
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number
20170346973-52

Filing Date and Time
08/14/2017 12:56 PM

Entity Number
E0003922016-5

## Certificate of Dissolution
(PURSUANT TO NRS 78.580)

USE BLACK INK ONLY - DO NOT HIGHLIGHT

### Certificate of Dissolution
### For a Nevada Profit Corporation
Before or After Issuance of Stock and After Beginning of Business
(Pursuant to NRS 78.580)

ABOVE SPACE IS FOR OFFICE USE ONLY

1. Name of corporation:

   VALENTINE LIFE

2. Entity or NV I.D. number: E0003922016-5

3. The resolution to dissolve said corporation has been approved by the directors or both the directors and stockholders as provided in NRS 78.580(1) and (2). The names and addresses of the **president, secretary, treasurer and all directors*** are:

   NICHOLAS KHO — Name of **president**
   8121 Gothic Ave Las Vegas, NV 89117 — Address

   NICHOLAS KHO — Name of **secretary**
   8121 Gothic Ave Las Vegas, NV 89117 — Address

   NICHOLAS KHO — Name of **treasurer**
   8121 Gothic Ave Las Vegas, NV 89117 — Address

   NICHOLAS KHO — Name of **director**
   8121 Gothic Ave Las Vegas, NV 89117 — Address

   NICHOLAS KHO — Name of **additional director, if any**
   8121 Gothic Ave Las Vegas, NV 89117 — Address

4. Effective date and time of dissolution:(optional)   Date: 8-14-17   Time: 1300
   (must not be later than 90 days after the certificate is filed)

5. Signature: (required)

   X *Nicholas Kho*
   Signature of Officer

   8-14-17
   Date

*attach a plain 8 1/2" x 11" sheet to list additional directors.
**FILING FEE: $100.00**

**IMPORTANT:** Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.
This form must be accompanied by appropriate fees.

Nevada Secretary of State Dissolution Profit-After
Revised: 3/17/2017

Exhibit Q    Valentine Life, Inc. Certificate of Dissolution