JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile:  (702) 629-7925
E-mail:    jag@mgalaw.com
           sgk@mgalaw.com

*Attorneys for Defendants Real Social Dynamics, Inc.,
Nicholas Kho, and Owen Cook*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD VANDEHEY, an individual, | Case No.: 2:17-cv-02230-JAD-NJK |
| Plaintiff, | **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| vs. | |
| REAL SOCIAL DYNAMICS, INC., a Nevada corporation; NICHOLAS KHO, an individual; OWEN COOK, an individual, | |
| Defendants. | |

**APPENDIX OF EXHIBITS**

| | |
|---|---|
| Exhibit A | Vandehey Independent Contractor Agreement with RSD |
| Exhibit B | Vandehey 1099-MISC Statements |
| Exhibit C | Affidavit of Nicholas Kho |
| Exhibit D | Valentine Life Inc. Articles of Incorporation |
| Exhibit E | Valentine Life Inc. Bank of America account statements between Jan. 2016 to Jul. 2017 |
| Exhibit F | Valentine Life Inc. Bank of America account statements for Aug. 2017 |
| Exhibit G | Screenshots of RSD/Nicholas Kho's GoDaddy account |

1

| | | |
|---|---|---|
| 1 | Exhibit H | Todd's accounting emails |
| 2 | Exhibit I | Summary of Bank of America statements |
| 3 | Exhibit J | Vandehey American Express account summaries |
| 4 | Exhibit K | August 11, 2017 email from Defendant's counsel to Plaintiff's counsel |
| 5 | Exhibit L | Transcript of phone call between the parties on August 11, 2017 |
| 6 | Exhibit M | Operating Agreement of Valentine Life Inc. |
| 7 | Exhibit N | Real Social Dynamics, Inc. and the logo for "Real Social Dynamics, Inc." |
| 8 | | |
| 9 | Exhibit O | RSD forum discussions with the signature line "TODD – RSD Senior Instructor SPECIAL EVENTS – Master Pickup Artist Extraordinaire" |
| 10 | | |
| 11 | Exhibit P | Real Social Dynamics, Inc. and the logo for "Real Social Dynamics, Inc." |
| 12 | | |
| 13 | Exhibit Q | Websites had the legal terms and conditions of Real Social Dynamics, Inc. |
| 14 | Exhibit R | Screenshot of Bank of America suspense account |
| 15 | Exhibit S | Vandehey opened a credit account against Valentine Life Inc. |
| 16 | Exhibit T | Vandehey email explaining $30,000 withdrawal |
| 17 | Exhibit U | Vandehey email to Kho requesting the purchase of various domains |
| 18 | | |
| 19 | Exhibit V | January 17, 2017 email from Michael Ampikapon to Kho |
| 20 | Exhibit W | Vandehey sales summary |
| 21 | Exhibit X | RSD Contractor Agreements |
| 22 | Exhibit Y | Affidavit of Damages as reported by Defendant Kho |
| 23 | Exhibit Z | Email from Vandehey to RSD on May 21, 2017 |
| 24 | Exhibit AA | Email from Vandehey to Defendants on August 19, 2014 |

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Maier Gutierrez & Associates, and that on the 6th day of September, 2017, a true and correct copy of the foregoing **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** was electronically filed with the Clerk of the Court using the Court's CM/ECF system, and served to all parties and counsels of record registered to receive CM/ECF notifications.

                                                          __*/s/ Natalie Vazquez*_____
                                                          An employee of MAIER GUTIERREZ & ASSOCIATES