EXHIBIT "T"

VANDEHEY WITHDREW $30,000.00 FROM THE BANK ACCOUNT AND SENT AN EMAIL WITH MERELY FIVE (5) SENTENCES EXPLAINING WHY

---------- Forwarded message ----------
From: **Todd Valentine** <todd@realsocialdynamics.com>
Date: Thu, Feb 2, 2017 at 12:19 AM
Subject: Withdrawal Explanation
To: Nicholas Kho <nick@realsocialdynamics.com>


I'm transferring $30k from Valentine Life to Todd Valentine Inc.

Currently the amount I was paid into the account for Daygame and the Vegas Immersion settlement I have on record as $156,557.26 and the amount I've actually transferred out to pay myself as $90,985.67 so this money merely represents money I'm owed by the company.

Because I knew we were preparing the Women launch and wouldn't be teaching as many Immersions, I was concerned we'd run short on cash, so I left more money in the company than the usual float. Now I'm more confident that we'll be fine, so I'm withdrawing some of that extra capital.

I just wanted to mention the transfer to you so you don't wonder why I'm withdrawing $30k from the company.

-Todd