EXHIBIT "V"

RSD'S CHIEF FINANCIAL OFFICER COMPILED A LIST OF SUSPICIOUS EXPENSES MADE BY VANDEHEY IN 2016

---------- Forwarded message ----------
From: **Michael Ampikapon** <michael@realsocialdynamics.com>
Date: Tue, Jan 17, 2017 at 2:01 PM
Subject: Todd Expenses List
To: Nicholas Kho <papa@realsocialdynamics.com>


Here's a breakdown of various expenses for Todd separated into categories.

Petty Cash (transferred into petty cash account + checks for petty cash)
From Valentine Life BOA:
5/16: $2,000
6/16: $1,300
7/16: $1,000
8/16: $2,100
9/16: $3,100
10/16: $900
11/16: $600
12/16: $400

Unknown Transfers
From Valentine Life BOA:
5/16 - Cash Withdrawl: $1,600
10/16 - Chase Wire: Bond New York: $9,910
10/16 - Chase Wire: Cooper and Cooper: $2,880
12/16 - XLRealPropert: $3,500

Lawyer Fees
From Todd Valentine BOA (transfers sheet): $23,607

Rent, Utilities, Internet Checks
From Valentine Life BOA:
6/16 - $7,900.09
8/16 - $4,811.84
9/16 - $4,575.88
10/16 - $4,656.76
11/16 - $4,984.06
12/16 - $5,362.56


Payroll and Reimbursement Checks
From Valentine Life BOA:
6/16 - $14,726.66
7/16 - $20,824.63
8/16 - $14,946.67
9/16 - $20,140.17
10/16 - $7,500
11/16 - $21,587.50
12/16 - $14,000

General Business Expenses (these are mostly fees by merchant accounts, Inchek, gateway fees, etc charged directly to his boa account)
From Valentine Life BOA:
3/16 - $225.37
4/16 - $1,905.59
5/16 - $699.36
6/16 - $2,281.36
7/16 - $7,216.33
8/16 - $3,543.21
9/16 - $2,985.44
10/16 - $5,170.44
11/16 - $1,523.74
12/16 - $5,318.45

AMEX Payments (sometimes he pays the card from this account and sometimes from the Todd Valentine account, below is a list of the payments from Valentine Life)
6/16 - $12,661.29
7/16 - $4,070.50
8/16 - $29,127.50
9/16 - $27,853.15
11/16 - $13,513.73
12/16 - $19,769.28

2