EXHIBIT "X"

ADDITIONAL RSD CONTRACTOR AGREEMENTS



# REAL SOCIAL DYNAMICS
Contractor Agreement

**THIS CONTRACTOR AGREEMENT** dated this  10/18/2015 

**BETWEEN:**

Real Social Dynamics: 8491 West Sunset Blvd. #452, West Hollywood, CA 90069, USA
(the "Principal")

- AND –
Jonathan Piedra

(the "Contractor")

**BACKGROUND:**

A. The Principal is duly incorporated, organized and existing under the laws of the State of Nevada.

B. The Principal is of the opinion that the Contractor has the necessary qualifications, experience and abilities to assist and benefit the Principal in its business.

C. The Principal desires to employ the Contractor and the Contractor has agreed to accept and enter such contract upon the terms and conditions set out in this Agreement.

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the parties to this Agreement agree as follows:

**Commencement Date and Term**

1. The Contractor Agreement will commence with the Principal of  10/18/2015  the 'Commencement Date').

2. Subject to termination as provided in this Agreement, the Contractor is employed for an indefinite term. The parties acknowledge that various provisions of this Agreement survive past termination of contract.

**Position and Duties**

3. The Principal agrees to employ the Contractor for administrative duties, and the Contractor agrees to be employed on the terms and conditions set out in this Agreement. The Contractor agrees to be subject to the general supervision of and act pursuant to the orders, advice and direction of the Principal.

4. The Contractor will perform any and all duties now assigned to the Contractor by the Principal. The Contractor has the right to choose which assignments he undertakes. The Contractor will also perform such other duties as are customarily performed by one holding such a position in other, same or similar business or enterprises as that engaged in by the Principal.

5. Both the Contractor and Principal agree to abide by the Principal's rules, regulations, and practices as stated by the Principal or Executive Management, as they may from time to time be adopted or modified.

6. Where changes are to be made to the Principal's rules, regulations, practices or policies, the Principal will provide the Contractor with at least one month's notice of the proposed changes.

**Contractor Compensation**

7. For the services rendered by the Contractor as required by this Agreement, the Principal will pay to the Contractor a compensation set from time to time in accordance with the Principal's policy as stated by the Principle or Executive Management while this Agreement is in force. The Principal will make such payment within two weeks of the services being rendered. The Principal is entitled to deduct from the Contractor's compensation any applicable deductions and remittance as required by law.

8. The Contractor understands that the Contractor's compensation as provided in this Agreement will constitute the full and exclusive monetary consideration and compensation for all services performed by the Contractor and for the performance of all the Contractor's promises and obligations in this Agreement.

9. The Contractor understands and agrees that any additional compensation to the Contractor (whether a bonus or other form of additional compensation) will rest in the sole discretion of the Principal and that the Contractor will not earn or accrue any right to additional compensation by reason of the Contractor's

Contractor's Initials _____
Principal's Initials _____

contract.

10. The Principal will reimburse the Contractor for all necessary expenses incurred by the Contractor while traveling pursuant to the Principal's directions.

11. The Principal agrees to permit a reasonable degree of flexibility in work hours.

12. The Principal will not require the Contractor to work overtime.

**Contractor Benefits**

13. All benefits provided by the Principal are in the Principal's sole discretion and are subject to change, without compensation, upon the Principal providing the Contractor with 60 days written notice of such changes to the benefits.

14. The Contractor will be entitled in each year to such vacations as are stipulated by the Principal's policies.

**Contractor Reimbursements**

15. All reimbursements must follow the below guidelines, and receipts for reimbursed items must be postmarked within 30 days of purchase or they will never be reimbursed. If you submit items for reimbursement 31 days or later after purchase, they will not be reimbursed. There are no exceptions for this rule because operational decisions are made based on finances that are affected by reimbursements. This policy will be effective immediately. No exceptions. Reimbursements must be accompanied by receipts attached to a completed reimbursement form. Receipts must have the date and item listed on the receipt, and must not just be a summary without the itemized breakdown of the total amount. Itemization, date, and signature (for all non-online purchases) must appear on the receipts. All receipts must arrive by the Wednesday prior to the Friday when the payroll statement is sent to Contractors in order to be counted on the payroll statement of the respective payroll period.

16. Lodgings for Live Program: Lodgings are reimbursed and must be booked by Executive Management to by Executive Management to be reimbursed unless prior approval is given to the Contractor by Executive Management.

17. Nightclub/Bar/Disco Admission Fees for Live Program: Contractors will be reimbursed at $20/Live Program for nightclubs, bars, and disco admission fees. Thus, Contractors are encouraged to find free admission venues. If Contractors incur more expenses than the $20/Live Program maximum reimbursement value, then it will be a out-of-pocket expense. Contractors should be able to run a Live Program without paying any admission fees.

18. Inner-City Transportation During Live Program: Contractors will be reimbursed at $50/Live Program for inner-city transportation for Live Program. This includes all subway, taxi, bus, car gasoline, rental car, valet parking, parking meters, and train or any other inner-city transportation costs. Since Contractors will be required to pay-out-pocket for additional transportation expenses, Contractors should consider minimizing inner-city transportation or finding cheap alternatives.

19. Printing Costs for Live Program: Contractors are recommended to print all tactical manuals, field journals, and forms prior to Live Program using their home computer and/or other cheap alternatives. Printing cartridges, paper, and printers are not reimbursed expenses. However, Real Social Dynamics will reimburse a maximum of $15/Live Program for Xerox copies and printing of last-minute forms, field journals, and tactical manuals.

20. Other Miscellaneous Costs for Live Program: All other reimbursement requests for miscellaneous items must be approved prior to their purchase and will be taken on a case by case basis or they will not be reimbursed.

**Avoiding Conflict of Opportunities**

21. It is understood and agreed that any business opportunity relating to or similar to the Principal's current business opportunities (with the exception of, inter alia, investments in established family businesses, real estate, or investments in stocks and bonds traded on public stock exchanges) coming to the attention of the Contractor during the Contractor's contract is an opportunity belonging to the Principal. Therefore, the Contractor will advise the Principal of the opportunity and cannot pursue the opportunity, during the term of his contract with the Principal and for a period of one (1) year after the end of that term, directly or indirectly, without the written consent of the Principal.

22. During the term of his contract with the Principal and for a period of one (1) year after the end of that term, the Contractor further agrees he will not, without the written consent of the Principal,

    a. solely or jointly with others undertake or join any planning for or organization of any business activity competitive with the current business activities of the Principal, or

    b. directly or indirectly, engage or participate in any other business activities that the Principal, in its reasonable discretion, determines to be in conflict with the best interests of the Principal.

**Inability to Contract for Principal**

23. In spite of anything contained in this Agreement to the contrary, the Contractor will not have the right to make any contracts or commitments for or on the behalf of the Principal without first obtaining the express written consent of the Principal.

Contractor's Initials _[signature]_
Principal's Initials _[signature]_

DocuSign Envelope ID: CF33DA79-4515-4322-8659-E54B43B757AE

**Confidential Information and Assignment of Inventions**

24. The Contractor acknowledges in any position the Contractor may hold, in and as a result of the Contractor's contract by the Principal, the Contractor will, or may, be making use of, acquiring or adding to information about certain matters and things which are confidential to the Principal and which information is the exclusive property of the Principal, including, without limitation:

    a. 'Confidential Information' means all data and information relating to the business and management of the Principal, including proprietary and trade secret technology and accounting records to which access is obtained by the Contractor, including Work Product, Computer Software, Other Proprietary Date, Business Operations, Marketing and Development Operations, and Customers. Confidential Information will also include any information that has been disclosed by a third party to the Principal and governed by a non-disclosure agreement entered into between the third party and the Principal. Confidential Information will not include information that:

        i. is generally known in the industry of the Principal;

        ii. is now or subsequently becomes generally available to the public through no wrongful act of the Contractor;

        iii. the Contractor rightfully had in its possession prior to the disclosure to Contractor by the Principal;

        iv. is independently created by the Contractor without direct or indirect use of the Confidential Information; or

        v. the Contractor rightfully obtains from a third party who has the right to transfer or disclose it.

    b. 'Work Product' means work product resulting from or related to work or projects performed or to be performed for the Principal or for clients of the Principal, of any type or form in any state of actual or anticipated research and development;

    c. 'Computer Software' which means computer software resulting from or related to work or projects performed or to be performed for the Principal or for clients of the Principal, of any type or form in any state of actual or anticipated research and development, including but not limited to programs and program modules, routines and subroutines, processes, algorithms, design concepts, design specifications, (design notes, annotations, documentation, flowcharts, coding sheets, and the like), source code, object code and load modules, programming, program patches and system designs;

    d. 'Other Proprietary Data' means information relating to the Principal's proprietary rights prior to any public disclosure of such information, including but not limited to the nature of the proprietary rights, production data, technical and engineering data, test data and test results, the status and details of research and development of products and services, and information regarding acquiring, protecting, enforcing and licensing proprietary rights (including patents, copyrights and trade secrets);

    e. 'Business Operations' means internal personnel and financial information, vendor names and other vendor information (including vendor characteristics, services and agreements), purchasing and internal cost information, internal services and operational manuals, and the manner and methods of conducting the Principal's business;

    f. 'Marketing and Development Operations' means marketing and development plans, price and cost data, price and fee amounts, pricing and billing policies, quoting procedures, marketing techniques and methods of obtaining business, forecasts and forecast assumptions and volumes, and future plans and potential strategies of the Principal which have been or are being discussed; and

    g. 'Customers' means names of customers and their representatives, contracts and their contents and parties, customer services, data provided by customers and the type, quantity and specifications of products and services purchased, leased, licensed or received by clients of the Principal.

**Confidential Obligations**

25. The Contractor agrees that a material term of the Contractor's contract with the Principal is to keep all Confidential Information absolutely confidential and protect its release from the public. The Contractor agrees not to divulge, reveal, report or use, for any purpose, any of the Confidential Information which the Contractor has obtained or which was disclosed to the Contractor by the Principal as a result of the Contractor's contract by the Principal. The Contractor agrees that if there is any question as to such disclosure then the Contractor will seek out senior management of the Principal prior to making any disclosure of the Principal's information that may be covered by this Agreement.

26. The obligations to ensure and protect the confidentiality of the Confidential Information imposed on the Contractor in this Agreement and any obligations to provide notice under this Agreement will survive the expiration or termination, as the case may be, of this Agreement for a period of 1 year.

27. The Contractor may disclose any of the Confidential Information:

    a. To a third party where Principal has consented in writing to such disclosure; and

    b. To the extent required by law or by the request or requirement of any judicial, legislative, administrative or other governmental body, however, the Contractor will first have given prompt notice to the Principal of any possible or prospective order (or proceeding pursuant to which any order may result), and the Principal will have been afforded a reasonable opportunity to prevent or limit any disclosure.

    c. The Principal will keep the Contractor's identity and personal information confidential.

**Ownership and Title**

28. The Contractor acknowledges and agrees that all rights, title and interest in any Confidential Information will remain the exclusive property of the Principal. Accordingly, the Contractor specifically agrees and acknowledges that he will have no interest in the Confidential Information, including, without limitation,

Contractor's Initials _____
Principal's Initials _____

DocuSign Envelope ID: CF33DA79-4515-4322-8659-E54B43B757AE

no interest in know-how, copyright, trade-marks or trade names, notwithstanding the fact that he may have created or contributed to the creation of the same.

29. The Contractor does hereby waive any moral rights that he may have with respect to the Confidential Information.

30. This Agreement will not apply in respect of any intellectual property, process, design, development, creation, research, invention, know-how, trade names, trade-marks or copyrights for which:

    a. No equipment, supplies, facility or Confidential Information of the Principal was used, and

    b. Was developed entirely on the Contractor's own time.

31. The Contractor agrees to immediately disclose to the Principal all Confidential Information developed in whole or in part by the Contractor during the term of the Contractor's contract with the Principal and to assign to the Principal any right, title or interest the Contractor may have in the Confidential Information. The Contractor agrees to execute any instruments and to do all other things reasonably requested by the Principal (both during and after the Contractor's contract with the Principal) in order to vest more fully in the Principal all ownership rights in those items transferred by the Contractor to the Principal.

**Return of Confidential Information**

32. The Contractor agrees that, upon request of the Principal or upon termination or expiration, as the case may be, the Contractor will turn over to the Principal all documents, disks or other computer media, or other material in the possession or control of the Contractor that:

    a. May contain or be derived from ideas, concepts, creations, or trade secrets and other proprietary and Confidential Information as defined in this Agreement; or

    b. Connected with or derived from the Contractor's services to the Principal.

**Non-Solicitation**

33. Any attempt on the part of the Contractor to induce others to leave the Principal's employ, or any effort by the Contractor to interfere with the Principal's relationship with its other Contractors and contracts would be harmful and damaging to the Principal. The Contractor agrees that during the term of his contract with the Principal and for a period of one (1) year after the end of that term, the Contractor will not in any way, directly or indirectly:

    a. Induce or attempt to induce any Contractors of the Principal to quit contract retained with the Principal;

    b. Otherwise interfere with or disrupt the Principal's relationship with its Contractors and contracts;

    c. Discuss contract opportunities or provide information about competitive contracts to any of the Principal's contracts or Contractors; or

    d. Solicit, entice, or hire away any contracts or Contractors of the Principal.

This obligation will be limited to those that were contracts or Contractors of the Principal when the Contractor was employed by the Principal.

**Non-Competition**

34. Other than with the express written consent of the Principal, which will not be unreasonably withheld, the Contractor will not, during the continuance of the Agreement or within four (4) years after the termination or expiration, as the case may be, of this Agreement, be directly or indirectly involved with a business which is in direct competition with the particular business line of the Principal that the Contractor was working during any time in the years of employment as a Contractor with the Principal.

35. For a period of four (4) years from the date of termination or expiration, as the case may be, of the Contractor's contracts with the Principal, the Contractor will not divert or attempt to divert from the Principal any business the Principal had enjoyed, solicited, or attempted to solicit, from its customers, prior to termination or expiration, as the case may be, of the Contractor's contracts with the Principal.

**Termination Due to Discontinuance of Business**

36. In spite of anything contained in this Agreement to the contrary, in the event that the Principal will discontinue operating its business at the location where the Contractor is employed, then, at the Principal's sole option, this Agreement will terminate as of the last day of the month in which the Principal ceases operations at such location with the same force and effect as if such last day of the month were originally set as the termination date of this Agreement.

**Termination For Disability**

37. In spite of anything contained in this Agreement to the contrary, in the event that the Principal will discontinue operating its business at the location where the Contractor is employed, then, at the Principal's sole option, this Agreement will terminate as of the last day of the month in which the Principal ceases operations at such location with the same force and effect as if such last day of the month were originally set as the termination date of this Agreement.

38. For the purpose of this Agreement, the Contractor will be deemed to have become permanently disabled if, during any year of the term of this Agreement, because of ill health, physical or mental disability or for other causes beyond the Principal's control, he will have been continuously unable or unwilling or will have failed to perform his duties under this Agreement for 60 consecutive days, or if, during any year of the term of this Agreement, the Contractor will have been unable or unwilling or will have failed to perform his duties for a total period of 120 days, irrespective of whether or not such days are

Contractor's Initials _____
Principal's Initials _____

consecutive. For the purposes of this Agreement, the term 'any year of the term of this Agreement' means any 12 calendar month period commencing on 1st day of January, and terminating on 31st day of December, during the term of this Agreement.

**Termination of Contractor**

39. Where the Contractor has breached any of the terms of this Agreement or where there is just cause for termination, the Principal may terminate the Contractor's contract without notice. Where the Principal has breached any of the terms of this Agreement, the Contractor may terminate his contract with the Principal without notice.

40. The Contractor and the Principal agree that reasonable and sufficient notice of termination of contract by the Principal is the greater of two weeks and any notice required under any relevant contract legislation.

41. If the Contractor wishes to terminate his contract with the Principal, the Contractor will provide the Principal with two weeks' notice. As an alternative, if the Contractor co-operates with the training and development of a replacement, then sufficient notice is given if it is sufficient notice to allow the Principal to find and train the replacement.

42. Should the Principal terminate his contract pursuant to this Agreement, and there is no constructive dismissal, the Contractor agrees to be reasonably available as a consultant for the purposes of maintaining any projects or developments created while employed by the Principal for a maximum of 3 months after termination of the Contract. The Contractor agrees to negotiate the terms of the consulting work in good faith. In his capacity as a consultant for the Principal pursuant to this paragraph, the Contractor agrees to provide his present residential address and telephone number as well as his business address and telephone number.

43. The time specified in the notice by either the Contractor or the Principal may expire on any day of the month and upon the date of termination the Principal will forthwith pay to the Contractor any outstanding portion of the wage, accrued vacation and banked time, if any, calculated to the date of termination. Notwithstanding the date of termination, the Contractor acknowledges and agrees to diligently execute and complete his contract responsibilities to the Principal at the reasonable direction of the Principal. Failure of the Contractor to reasonably execute his obligations to the Principal during the notice period will be considered to be an abandonment of his obligations and will be sufficient cause for immediate termination of the Contractor without compensation or notice.

**Remedies**

44. The Contractor agrees and acknowledges that the Confidential Information is of a proprietary and confidential nature and that any disclosure of the Confidential Information to a third party in breach of this Agreement cannot be reasonably or adequately compensated for in money damages, would cause irreparable injury to Principal, would gravely affect the effective and successful conduct of the Principal's business and goodwill, and would be a material breach of this Agreement.

45. In the event of a breach or threatened breach by the Contractor of any of the provisions of this Agreement, the Contractor agrees that the Principal is entitled to, in addition to and not in limitation of any other rights and remedies available to the Principal at law or in equity, to a permanent injunction in order to prevent or restrain any such breach by the Contractor or by the Contractor's partners, agents, representatives, servants, contracts, and/or any and all persons directly or indirectly acting for or with the Contractor.

46. The Contractor agrees to co-operate with the Principal following termination by providing documentation and other information to permit the Principal to evaluate whether the Contractor is honoring his post-contract obligations set out in this Agreement.

**Severability**

47. Principal and Contractor acknowledge that this Agreement is reasonable, valid and enforceable. However, if a court of competent jurisdiction finds any of the provisions of this Agreement to be too broad to be enforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable, bearing in mind that it is the Contractor's intention to give the Principal the broadest possible protection against the disclosure of the Confidential Information, against the Contractor soliciting the Principal's contracts and contracts and against the Contractor using such Confidential Information in competing with the Principal.

48. In the event that any of the provisions of this Agreement will be held to be invalid or unenforceable in whole or in part, those provisions to the extent enforceable and all other provisions will nevertheless continue to be valid and enforceable as though the invalid or unenforceable parts had not been included in this Agreement and the remaining provisions had been executed by both parties subsequent to the expungement of the invalid provision.

**Notices**

49. If Contractor loses or makes unauthorized disclosure of any of the Confidential Information, the Contractor will immediately notify the Principal and take all reasonable steps necessary to retrieve the lost or improperly disclosed Confidential Information.

50. All notices, requests, demands or other communications required or permitted b the terms of this Agreement will be given in writing and either served personally or sent by facsimile or e-mail. The address for any notice to be delivered to an of the parties to this Agreement is as follows:

   a. Real Social Dynamics: 8491 West Sunset Blvd. #452, West Hollywood, CA 90069
   b. A
   b. _____

Contractor's Initials [signature]
Principal's Initials [signature]

## Modification of Agreement

51. Any amendment or modification of this Agreement or additional obligation assumed by either party in connection with this Agreement will only be binding if evidenced in writing signed by each party or an authorized representative of each party.

## Governing Law

52. It is the intention of the parties to this Agreement that this Agreement and the performance under this Agreement, and all suits and special proceedings under this Agreement, be construed in accordance with and governed, to the exclusion of the law of any other forum, by the laws of the State of Nevada, without regard to the jurisdiction in which any action or special proceeding may be instituted.

## General Provisions

53. Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

54. The Contractor is liable for all costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by the Principal in enforcing this Agreement as a result of any default of this Agreement by the Contractor. The Principal is liable for all costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by the Contractor in enforcing this Agreement as a result of any default of this Agreement by the Principal.

55. No failure or delay by the Principal in exercising any power, right or privilege provided in this Agreement will operate as a waiver, nor will any single or partial exercise of such rights, powers or privileges preclude any further exercise of them or the exercise of any other right, power or privilege provided in this Agreement. No failure or delay by the Contractor in exercising any power, right or privilege provided in this Agreement will operate as a waiver, nor will any single or partial exercise of such rights, powers or privileges preclude any further exercise of them or the exercise of any other right, power or privilege provided in this Agreement.

56. This Agreement will inure to the benefit of and be binding upon the respective heirs, executors, administrators, successors and assigns, as the case may be, of the Principal and the Contractor.

57. This Agreement may be executed in counterparts.

58. Time is of the essence in this Agreement.

59. If there is a previous contract agreement between the parties to this Agreement, the parties agree that this Agreement will replace that previous contract agreement and the Contractor acknowledges that this Agreement was entered into in consideration of a compensation increase commencing the start of this Agreement. The Contractor acknowledges that it was agreed at that time that a new Contractor Agreement would be entered into in consideration of the compensation increase.

60. This Agreement constitutes the entire agreement between the parties and there are no further items or provisions, either oral or written. As of the effective date of this Agreement, this Agreement supersedes all other agreements between the parties. The parties to this Agreement stipulate that neither of them has made any representations with respect to the subject matter of this Agreement except such representations as are specifically set forth in this Agreement. Each of the parties acknowledges that it has relied on its own judgment in entering into this Agreement.

IN WITNESS WHEREOF Real Social Dynamics has duly affixed its signature by a duly authorized officer on 10/18/2015. By signing below, the Contractor acknowledges that he/she understands and accepts this obligation.

_____
Nicholas Kho, President
Real Social Dynamics, Inc.

DocuSigned by: _____ , Contractor
67DE8034A91246F

10/18/2015
Date

Contractor's Initials
Principal's Initials



# REAL SOCIAL DYNAMICS
Contractor Agreement

**THIS CONTRACTOR AGREEMENT dated this July 13, 2012**

**BETWEEN:**

Real Social Dynamics: 8491 West Sunset Blvd. #452, West Hollywood, CA 90069, USA
(the "Principal")

- AND –

Kevin Juica
(the "Contractor")

**BACKGROUND:**

A. The Principal is duly incorporated, organized and existing under the laws of the State of Nevada.

B. The Principal is of the opinion that the Contractor has the necessary qualifications, experience and abilities to assist and benefit the Principal in its business.

C. The Principal desires to employ the Contractor and the Contractor has agreed to accept and enter such contract upon the terms and conditions set out in this Agreement.

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the parties to this Agreement agree as follows:

**Commencement Date and Term**

1. The Contractor Agreement will commence with the Principal of July 13, 2012 the 'Commencement Date').

2. Subject to termination as provided in this Agreement, the Contractor is employed for an indefinite term. The parties acknowledge that various provisions of this Agreement survive past termination of contract.

**Position and Duties**

3. The Principal agrees to employ the Contractor as a manager of RSD Inner Circle and sales for administrative duties, and the Contractor agrees to be employed on the terms and conditions set out in this Agreement. The Contractor agrees to be subject to the general supervision of and act pursuant to the orders, advice and direction of the Principal.

4. The Contractor will perform any and all duties now assigned to the Contractor by the Principal. The Contractor has the right to choose which assignments he undertakes. The Contractor will also perform such other duties as are customarily performed by one holding such a position in other, same or similar business or enterprises as that engaged in by the Principal.

5. Both the Contractor and Principal agree to abide by the Principal's rules, regulations, and practices as stated by the Principal or Executive Management, as they may from time to time be adopted or modified.

6. Where changes are to be made to the Principal's rules, regulations, practices or policies, the Principal will provide the Contractor with at least one month's notice of the proposed changes.

**Contractor Compensation**

7. For the services rendered by the Contractor as required by this Agreement, the Principal will pay to the Contractor a compensation set from time to time in accordance with the Principal's policy as stated by the Principle or Executive Management while this Agreement is in force. The Principal will make such payment within two weeks of the services being rendered. The Principal is entitled to deduct from the Contractor's compensation any applicable deductions and remittance as required by law.

8. The Contractor understands that the Contractor's compensation as provided in this Agreement will constitute the full and exclusive monetary consideration and compensation for all services performed by the Contractor and for the performance of all the Contractor's promises and obligations in this Agreement.

Contractor's Initials *kJ*
Principal's Initials *NK*

DocuSign Envelope ID: F07950B4-BEEC-4E5C-AFC5-85946F4560DE

9. The Contractor understands and agrees that any additional compensation to the Contractor (whether a bonus or other form of additional compensation) will rest in the sole discretion of the Principal and that the Contractor will not earn or accrue any right to additional compensation by reason of the Contractor's contract.

10. The Principal will reimburse the Contractor for all necessary expenses incurred by the Contractor while traveling pursuant to the Principal's directions.

11. The Principal agrees to permit a reasonable degree of flexibility in work hours.

12. The Principal will not require the Contractor to work overtime.

### Contractor Benefits

13. All benefits provided by the Principal are in the Principal's sole discretion and are subject to change, without compensation, upon the Principal providing the Contractor with 60 days written notice of such changes to the benefits.

14. The Contractor will be entitled in each year to such vacations as are stipulated by the Principal's policies.

### Contractor Reimbursements

15. All reimbursements must follow the below guidelines, and receipts for reimbursed items must be postmarked within 30 days of purchase or they will never be reimbursed. If you submit items for reimbursement 31 days or later after purchase, they will not be reimbursed. There are no exceptions for this rule because operational decisions are made based on finances that are affected by reimbursements. This policy will be effective immediately. No exceptions. Reimbursements must be accompanied by receipts attached to a completed reimbursement form. Receipts must have the date and item listed on the receipt, and must not just be a summary without the itemized breakdown of the total amount. Itemization, date, and signature (for all non-online purchases) must appear on the receipts. All receipts must arrive by the Wednesday prior to the Friday when the payroll statement is sent to Contractors in order to be counted on the payroll statement of the respective payroll period.

16. Lodgings for Live Program: Lodgings are reimbursed and must be booked by Executive Management to by Executive Management to be reimbursed unless prior approval is given to the Contractor by Executive Management.

17. Nightclub/Bar/Disco Admission Fees for Live Program: Contractors will be reimbursed at $20/Live Program for nightclubs, bars, and disco admission fees. Thus, Contractors are encouraged to find free admission venues. If Contractors incur more expenses than the $20/Live Program maximum reimbursement value, then it will be a out-of-pocket expense. Contractors should be able to run a Live Program without paying any admission fees.

18. Inner-City Transportation During Live Program: Contractors will be reimbursed at $50/Live Program for inner-city transportation for Live Program. This includes all subway, taxi, bus, car gasoline, rental car, valet parking, parking meters, and train or any other inner-city transportation costs. Since Contractors will be required to pay-out-pocket for additional transportation expenses, Contractors should consider minimizing inner-city transportation or finding cheap alternatives.

19. Printing Costs for Live Program: Contractors are recommended to print all tactical manuals, field journals, and forms prior to Live Program using their home computer and/or other cheap alternatives. Printing cartridges, paper, and printers are not reimbursed expenses. However, Real Social Dynamics will reimburse a maximum of $15/Live Program for Xerox copies and printing of last-minute forms, field journals, and tactical manuals.

20. Other Miscellaneous Costs for Live Program: All other reimbursement requests for miscellaneous items must be approved prior to their purchase and will be taken on a case by case basis or they will not be reimbursed.

### Avoiding Conflict of Opportunities

21. It is understood and agreed that any business opportunity relating to or similar to the Principal's current business opportunities (with the exception of, inter alia, investments in established family businesses, real estate, or investments in stocks and bonds traded on public stock exchanges) coming to the attention of the Contractor during the Contractor's contract is an opportunity belonging to the Principal. Therefore, the Contractor will advise the Principal of the opportunity and cannot pursue the opportunity, during the term of his contract with the Principal and for a period of one (1) year after the end of that term, directly or indirectly, without the written consent of the Principal.

22. During the term of his contract with the Principal and for a period of one (1) year after the end of that term, the Contractor further agrees he will not, without the written consent of the Principal,

    a. solely or jointly with others undertake or join any planning for or organization of any business activity competitive with the current business activities of the Principal, or

    b. directly or indirectly, engage or participate in any other business activities that the Principal, in its reasonable discretion, determines to be in conflict with the best interests of the Principal.

### Inability to Contract for Principal

23. In spite of anything contained in this Agreement to the contrary, the Contractor will not have the right to make any contracts or commitments for or on the behalf of the Principal without first obtaining the express written consent of the Principal.



Contractor's Initials *kJ*
Principal's Initials *NK*

### Confidential Information and Assignment of Inventions

24. The Contractor acknowledges in any position the Contractor may hold, in and as a result of the Contractor's contract by the Principal, the Contractor will, or may, be making use of, acquiring or adding to information about certain matters and things which are confidential to the Principal and which information is the exclusive property of the Principal, including, without limitation:

    a. 'Confidential Information' means all data and information relating to the business and management of the Principal, including proprietary and trade secret technology and accounting records to which access is obtained by the Contractor, including Work Product, Computer Software, Other Proprietary Date, Business Operations, Marketing and Development Operations, and Customers. Confidential Information will also include any information that has been disclosed by a third party to the Principal and governed by a non-disclosure agreement entered into between the third party and the Principal. Confidential Information will not include information that:

        i. is generally known in the industry of the Principal;
        ii. is now or subsequently becomes generally available to the public through no wrongful act of the Contractor;
        iii. the Contractor rightfully had in its possession prior to the disclosure to Contractor by the Principal;
        iv. is independently created by the Contractor without direct or indirect use of the Confidential Information; or
        v. the Contractor rightfully obtains from a third party who has the right to transfer or disclose it.

    b. 'Work Product' means work product resulting from or related to work or projects performed or to be performed for the Principal or for clients of the Principal, of any type or form in any state of actual or anticipated research and development;

    c. 'Computer Software' which means computer software resulting from or related to work or projects performed or to be performed for the Principal or for clients of the Principal, of any type or form in any state of actual or anticipated research and development, including but not limited to programs and program modules, routines and subroutines, processes, algorithms, design concepts, design specifications, (design notes, annotations, documentation, flowcharts, coding sheets, and the like), source code, object code and load modules, programming, program patches and system designs;

    d. 'Other Proprietary Data' means information relating to the Principal's proprietary rights prior to any public disclosure of such information, including but not limited to the nature of the proprietary rights, production data, technical and engineering data, test data and test results, the status and details of research and development of products and services, and information regarding acquiring, protecting, enforcing and licensing proprietary rights (including patents, copyrights and trade secrets);

    e. 'Business Operations' means internal personnel and financial information, vendor names and other vendor information (including vendor characteristics, services and agreements), purchasing and internal cost information, internal services and operational manuals, and the manner and methods of conducting the Principal's business;

    f. 'Marketing and Development Operations' means marketing and development plans, price and cost data, price and fee amounts, pricing and billing policies, quoting procedures, marketing techniques and methods of obtaining business, forecasts and forecast assumptions and volumes, and future plans and potential strategies of the Principal which have been or are being discussed; and

    g. 'Customers' means names of customers and their representatives, contracts and their contents and parties, customer services, data provided by customers and the type, quantity and specifications of products and services purchased, leased, licensed or received by clients of the Principal.

### Confidential Obligations

25. The Contractor agrees that a material term of the Contractor's contract with the Principal is to keep all Confidential Information absolutely confidential and protect its release from the public. The Contractor agrees not to divulge, reveal, report or use, for any purpose, any of the Confidential Information which the Contractor has obtained or which was disclosed to the Contractor by the Principal as a result of the Contractor's contract by the Principal. The Contractor agrees that if there is any question as to such disclosure then the Contractor will seek out senior management of the Principal prior to making any disclosure of the Principal's information that may be covered by this Agreement.

26. The obligations to ensure and protect the confidentiality of the Confidential Information imposed on the Contractor in this Agreement and any obligations to provide notice under this Agreement will survive the expiration or termination, as the case may be, of this Agreement for a period of 1 year.

27. The Contractor may disclose any of the Confidential Information:

    a. To a third party where Principal has consented in writing to such disclosure; and

    b. To the extent required by law or by the request or requirement of any judicial, legislative, administrative or other governmental body, however, the Contractor will first have given prompt notice to the Principal of any possible or prospective order (or proceeding pursuant to which any order may result), and the Principal will have been afforded a reasonable opportunity to prevent or limit any disclosure.

    c. The Principal will keep the Contractor's identity and personal information confidential.

### Ownership and Title

28. The Contractor acknowledges and agrees that all rights, title and interest in any Confidential Information will remain the exclusive property of the Principal. Accordingly, the Contractor specifically agrees and acknowledges that he will have no interest in the Confidential Information, including, without limitation,

Contractor's Initials
Principal's Initials NJK

no interest in know-how, copyright, trade-marks or trade names, notwithstanding the fact that he may have created or contributed to the creation of the same.

29. The Contractor does hereby waive any moral rights that he may have with respect to the Confidential Information.

30. This Agreement will not apply in respect of any intellectual property, process, design, development, creation, research, invention, know-how, trade names, trade-marks or copyrights for which:

    a. No equipment, supplies, facility or Confidential Information of the Principal was used, and

    b. Was developed entirely on the Contractor's own time.

31. The Contractor agrees to immediately disclose to the Principal all Confidential Information developed in whole or in part by the Contractor during the term of the Contractor's contract with the Principal and to assign to the Principal any right, title or interest the Contractor may have in the Confidential Information. The Contractor agrees to execute any instruments and to do all other things reasonably requested by the Principal (both during and after the Contractor's contract with the Principal) in order to vest more fully in the Principal all ownership rights in those items transferred by the Contractor to the Principal.

**Return of Confidential Information**

32. The Contractor agrees that, upon request of the Principal or upon termination or expiration, as the case may be, the Contractor will turn over to the Principal all documents, disks or other computer media, or other material in the possession or control of the Contractor that:

    a. May contain or be derived from ideas, concepts, creations, or trade secrets and other proprietary and Confidential Information as defined in this Agreement; or

    b. Connected with or derived from the Contractor's services to the Principal.

**Non-Solicitation**

33. Any attempt on the part of the Contractor to induce others to leave the Principal's employ, or any effort by the Contractor to interfere with the Principal's relationship with its other Contractors and contracts would be harmful and damaging to the Principal. The Contractor agrees that during the term of his contract with the Principal and for a period of one (1) year after the end of that term, the Contractor will not in any way, directly or indirectly:

    a. Induce or attempt to induce any Contractors of the Principal to quit contract retained with the Principal;

    b. Otherwise interfere with or disrupt the Principal's relationship with its Contractors and contracts;

    c. Discuss contract opportunities or provide information about competitive contracts to any of the Principal's contracts or Contractors; or

    d. Solicit, entice, or hire away any contracts or Contractors of the Principal.

This obligation will be limited to those that were contracts or Contractors of the Principal when the Contractor was employed by the Principal.

**Non-Competition**

34. Other than with the express written consent of the Principal, which will not be unreasonably withheld, the Contractor will not, during the continuance of the Agreement or within four (4) years after the termination or expiration, as the case may be, of this Agreement, be directly or indirectly involved with a business which is in direct competition with the particular business line of the Principal that the Contractor was working during any time in the years of employment as a Contractor with the Principal.

35. For a period of four (4) years from the date of termination or expiration, as the case may be, of the Contractor's contracts with the Principal, the Contractor will not divert or attempt to divert from the Principal any business the Principal had enjoyed, solicited, or attempted to solicit, from its customers, prior to termination or expiration, as the case may be, of the Contractor's contracts with the Principal.

**Termination Due to Discontinuance of Business**

36. In spite of anything contained in this Agreement to the contrary, in the event that the Principal will discontinue operating its business at the location where the Contractor is employed, then, at the Principal's sole option, this Agreement will terminate as of the last day of the month in which the Principal ceases operations at such location with the same force and effect as if such last day of the month were originally set as the termination date of this Agreement.

**Termination For Disability**

37. In spite of anything contained in this Agreement to the contrary, in the event that the Principal will discontinue operating its business at the location where the Contractor is employed, then, at the Principal's sole option, this Agreement will terminate as of the last day of the month in which the Principal ceases operations at such location with the same force and effect as if such last day of the month were originally set as the termination date of this Agreement.

38. For the purpose of this Agreement, the Contractor will be deemed to have become permanently disabled if, during any year of the term of this Agreement, because of ill health, physical or mental disability or for other causes beyond the Principal's control, he will have been continuously unable or unwilling or will have failed to perform his duties under this Agreement for 60 consecutive days, or if, during any year of the term of this Agreement, the Contractor will have been unable or unwilling or will have failed to perform his duties for a total period of 120 days, irrespective of whether or not such days are

Contractor's Initials
Principal's Initials *NK*

DocuSign Envelope ID: F07950B4-BEEC-4E5C-AFC5-85946F4560DE

consecutive. For the purposes of this Agreement, the term 'any year of the term of this Agreement' means any 12 calendar month period commencing on 1st day of January, and terminating on 31st day of December, during the term of this Agreement.

## Termination of Contractor

39. Where the Contractor has breached any of the terms of this Agreement or where there is just cause for termination, the Principal may terminate the Contractor's contract without notice. Where the Principal has breached any of the terms of this Agreement, the Contractor may terminate his contract with the Principal without notice.

40. The Contractor and the Principal agree that reasonable and sufficient notice of termination of contract by the Principal is the greater of two weeks and any notice required under any relevant contract legislation.

41. If the Contractor wishes to terminate his contract with the Principal, the Contractor will provide the Principal with two weeks' notice. As an alternative, if the Contractor co-operates with the training and development of a replacement, then sufficient notice is given if it is sufficient notice to allow the Principal to find and train the replacement.

42. Should the Principal terminate his contract pursuant to this Agreement, and there is no constructive dismissal, the Contractor agrees to be reasonably available as a consultant for the purposes of maintaining any projects or developments created while employed by the Principal for a maximum of 3 months after termination of the Contract. The Contractor agrees to negotiate the terms of the consulting work in good faith. In his capacity as a consultant for the Principal pursuant to this paragraph, the Contractor agrees to provide his present residential address and telephone number as well as his business address and telephone number.

43. The time specified in the notice by either the Contractor or the Principal may expire on any day of the month and upon the date of termination the Principal will forthwith pay to the Contractor any outstanding portion of the wage, accrued vacation and banked time, if any, calculated to the date of termination. Notwithstanding the date of termination, the Contractor acknowledges and agrees to diligently execute and complete his contract responsibilities to the Principal at the reasonable direction of the Principal. Failure of the Contractor to reasonably execute his obligations to the Principal during the notice period will be considered to be an abandonment of his obligations and will be sufficient cause for immediate termination of the Contractor without compensation or notice.

## Remedies

44. The Contractor agrees and acknowledges that the Confidential Information is of a proprietary and confidential nature and that any disclosure of the Confidential Information to a third party in breach of this Agreement cannot be reasonably or adequately compensated for in money damages, would cause irreparable injury to Principal, would gravely affect the effective and successful conduct of the Principal's business and goodwill, and would be a material breach of this Agreement.

45. In the event of a breach or threatened breach by the Contractor of any of the provisions of this Agreement, the Contractor agrees that the Principal is entitled to, in addition to and not in limitation of any other rights and remedies available to the Principal at law or in equity, to a permanent injunction in order to prevent or restrain any such breach by the Contractor or by the Contractor's partners, agents, representatives, servants, contracts, and/or any and all persons directly or indirectly acting for or with the Contractor.

46. The Contractor agrees to co-operate with the Principal following termination by providing documentation and other information to permit the Principal to evaluate whether the Contractor is honoring his post-contract obligations set out in this Agreement.

## Severability

47. Principal and Contractor acknowledge that this Agreement is reasonable, valid and enforceable. However, if a court of competent jurisdiction finds any of the provisions of this Agreement to be too broad to be enforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable, bearing in mind that it is the Contractor's intention to give the Principal the broadest possible protection against the disclosure of the Confidential Information, against the Contractor soliciting the Principal's contracts and contracts and against the Contractor using such Confidential Information in competing with the Principal.

48. In the event that any of the provisions of this Agreement will be held to be invalid or unenforceable in whole or in part, those provisions to the extent enforceable and all other provisions will nevertheless continue to be valid and enforceable as though the invalid or unenforceable parts had not been included in this Agreement and the remaining provisions had been executed by both parties subsequent to the expungement of the invalid provision.

## Notices

49. If Contractor loses or makes unauthorized disclosure of any of the Confidential Information, the Contractor will immediately notify the Principal and take all reasonable steps necessary to retrieve the lost or improperly disclosed Confidential Information.

50. All notices, requests, demands or other communications required or permitted b the terms of this Agreement will be given in writing and either served personally or sent by facsimile or e-mail. The address for any notice to be delivered to an of the parties to this Agreement is as follows:

    a. Real Social Dynamics: 8491 West Sunset Blvd. #452, West Hollywood, CA 90069

    b. Kevin Juica

Contractor's Initials *kJ*
Principal's Initials *NK*

**Modification of Agreement**

51. Any amendment or modification of this Agreement or additional obligation assumed by either party in connection with this Agreement will only be binding if evidenced in writing signed by each party or an authorized representative of each party.

**Governing Law**

52. It is the intention of the parties to this Agreement that this Agreement and the performance under this Agreement, and all suits and special proceedings under this Agreement, be construed in accordance with and governed, to the exclusion of the law of any other forum, by the laws of the State of Nevada, without regard to the jurisdiction in which any action or special proceeding may be instituted.

**General Provisions**

53. Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

54. The Contractor is liable for all costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by the Principal in enforcing this Agreement as a result of any default of this Agreement by the Contractor. The Principal is liable for all costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by the Contractor in enforcing this Agreement as a result of any default of this Agreement by the Principal.

55. No failure or delay by the Principal in exercising any power, right or privilege provided in this Agreement will operate as a waiver, nor will any single or partial exercise of such rights, powers or privileges preclude any further exercise of them or the exercise of any other right, power or privilege provided in this Agreement. No failure or delay by the Contractor in exercising any power, right or privilege provided in this Agreement will operate as a waiver, nor will any single or partial exercise of such rights, powers or privileges preclude any further exercise of them or the exercise of any other right, power or privilege provided in this Agreement.

56. This Agreement will inure to the benefit of and be binding upon the respective heirs, executors, administrators, successors and assigns, as the case may be, of the Principal and the Contractor.

57. This Agreement may be executed in counterparts.

58. Time is of the essence in this Agreement.

59. If there is a previous contract agreement between the parties to this Agreement, the parties agree that this Agreement will replace that previous contract agreement and the Contractor acknowledges that this Agreement was entered into in consideration of a compensation increase commencing the start of this Agreement. The Contractor acknowledges that it was agreed at that time that a new Contractor Agreement would be entered into in consideration of the compensation increase.

60. This Agreement constitutes the entire agreement between the parties and there are no further items or provisions, either oral or written. As of the effective date of this Agreement, this Agreement supersedes all other agreements between the parties. The parties to this Agreement stipulate that neither of them has made any representations with respect to the subject matter of this Agreement except such representations as are specifically set forth in this Agreement. Each of the parties acknowledges that it has relied on its own judgment in entering into this Agreement.

**IN WITNESS WHEREOF** Real Social Dynamics has duly affixed its signature by a duly authorized officer on July 13, 2012. By signing below, the Contractor acknowledges that he/she understands and accepts this obligation.

_____
Nicholas Kho, President
Real Social Dynamics, Inc.

DocuSigned by:
Kevin Juica
Kevin Juica, Contractor

7/14/2012
Date

Contractor's Initials [KJ]
Principal's Initials NK



# REAL SOCIAL DYNAMICS
Contractor Agreement

**THIS CONTRACTOR AGREEMENT dated this** 4/10/2014

**BETWEEN:**

Real Social Dynamics: 8491 West Sunset Blvd. #452, West Hollywood, CA 90069, USA
(the "Principal")

- AND –

Yuriy Chernin

(the "Contractor")

**BACKGROUND:**

A.  The Principal is duly incorporated, organized and existing under the laws of the State of Nevada.

B.  The Principal is of the opinion that the Contractor has the necessary qualifications, experience and abilities to assist and benefit the Principal in its business.

C.  The Principal desires to employ the Contractor and the Contractor has agreed to accept and enter such contract upon the terms and conditions set out in this Agreement.

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the parties to this Agreement agree as follows:

**Commencement Date and Term**

1.  The Contractor Agreement will commence with the Principal of 4/10/2014 the 'Commencement Date').

2.  Subject to termination as provided in this Agreement, the Contractor is employed for an indefinite term. The parties acknowledge that various provisions of this Agreement survive past termination of contract.

**Position and Duties**

3.  The Principal agrees to employ the Contractor for general business administration, and the Contractor agrees to be employed on the terms and conditions set out in this Agreement. The Contractor agrees to be subject to the general supervision of and act pursuant to the orders, advice and direction of the Principal.

4.  The Contractor will perform any and all duties now assigned to the Contractor by the Principal. The Contractor has the right to choose which assignments he undertakes. The Contractor will also perform such other duties as are customarily performed by one holding such a position in other, same or similar business or enterprises as that engaged in by the Principal.

5.  Both the Contractor and Principal agree to abide by the Principal's rules, regulations, and practices as stated by the Principal or Executive Management, as they may from time to time be adopted or modified.

6.  Where changes are to be made to the Principal's rules, regulations, practices or policies, the Principal will provide the Contractor with at least one month's notice of the proposed changes.

**Contractor Compensation**

7.  For the services rendered by the Contractor as required by this Agreement, the Principal will pay to the Contractor a compensation set from time to time in accordance with the Principal's policy as stated by the Principle or Executive Management while this Agreement is in force. The Principal will make such payment within two weeks of the services being rendered. The Principal is entitled to deduct from the Contractor's compensation any applicable deductions and remittance as required by law.

8.  The Contractor understands that the Contractor's compensation as provided in this Agreement will constitute the full and exclusive monetary consideration and compensation for all services performed by the Contractor and for the performance of all the Contractor's promises and obligations in this Agreement.

9.  The Contractor understands and agrees that any additional compensation to the Contractor (whether a bonus or other forms of additional compensation) will rest in the sole discretion of the Principal and that the Contractor will not earn or accrue any right to additional compensation by reason of the Contractor's

Contractor's Initials YC
Principal's Initials NK

contract.

10. The Principal will reimburse the Contractor for all necessary expenses incurred by the Contractor while traveling pursuant to the Principal's directions.

11. The Principal agrees to permit a reasonable degree of flexibility in work hours.

12. The Principal will not require the Contractor to work overtime.

**Contractor Benefits**

13. All benefits provided by the Principal are in the Principal's sole discretion and are subject to change, without compensation, upon the Principal providing the Contractor with 60 days written notice of such changes to the benefits.

14. The Contractor will be entitled in each year to such vacations as are stipulated by the Principal's policies.

**Contractor Reimbursements**

15. All reimbursements must follow the below guidelines, and receipts for reimbursed items must be postmarked within 30 days of purchase or they will never be reimbursed. If you submit items for reimbursement 31 days or later after purchase, they will not be reimbursed. There are no exceptions for this rule because operational decisions are made based on finances that are affected by reimbursements. This policy will be effective immediately. No exceptions. Reimbursements must be accompanied by receipts attached to a completed reimbursement form. Receipts must have the date and item listed on the receipt, and must not just be a summary without the itemized breakdown of the total amount. Itemization, date, and signature (for all non-online purchases) must appear on the receipts. All receipts must arrive by the Wednesday prior to the Friday when the payroll statement is sent to Contractors in order to be counted on the payroll statement of the respective payroll period.

16. Lodgings for Live Program: Lodgings are reimbursed and must be booked by Executive Management to by Executive Management to be reimbursed unless prior approval is given to the Contractor by Executive Management.

17. Nightclub/Bar/Disco Admission Fees for Live Program: Contractors will be reimbursed at $20/Live Program for nightclubs, bars, and disco admission fees. Thus, Contractors are encouraged to find free admission venues. If Contractors incur more expenses than the $20/Live Program maximum reimbursement value, then it will be a out-of-pocket expense. Contractors should be able to run a Live Program without paying any admission fees.

18. Inner-City Transportation During Live Program: Contractors will be reimbursed at $50/Live Program for inner-city transportation for Live Program. This includes all subway, taxi, bus, car gasoline, rental car, valet parking, parking meters, and train or any other inner-city transportation costs. Since Contractors will be required to pay-out-pocket for additional transportation expenses, Contractors should consider minimizing inner-city transportation or finding cheap alternatives.

19. Printing Costs for Live Program: Contractors are recommended to print all tactical manuals, field journals, and forms prior to Live Program using their home computer and/or other cheap alternatives. Printing cartridges, paper, and printers are not reimbursed expenses. However, Real Social Dynamics will reimburse a maximum of $15/Live Program for Xerox copies and printing of last-minute forms, field journals, and tactical manuals.

20. Other Miscellaneous Costs for Live Program: All other reimbursement requests for miscellaneous items must be approved prior to their purchase and will be taken on a case by case basis or they will not be reimbursed.

**Avoiding Conflict of Opportunities**

21. It is understood and agreed that any business opportunity relating to or similar to the Principal's current business opportunities (with the exception of, inter alia, investments in established family businesses, real estate, or investments in stocks and bonds traded on public stock exchanges) coming to the attention of the Contractor during the Contractor's contract is an opportunity belonging to the Principal. Therefore, the Contractor will advise the Principal of the opportunity and cannot pursue the opportunity, during the term of his contract with the Principal and for a period of one (1) year after the end of that term, directly or indirectly, without the written consent of the Principal.

22. During the term of his contract with the Principal and for a period of one (1) year after the end of that term, the Contractor further agrees he will not, without the written consent of the Principal,

    a. solely or jointly with others undertake or join any planning for or organization of any business activity competitive with the current business activities of the Principal, or

    b. directly or indirectly, engage or participate in any other business activities that the Principal, in its reasonable discretion, determines to be in conflict with the best interests of the Principal.

**Inability to Contract for Principal**

23. In spite of anything contained in this Agreement to the contrary, the Contractor will not have the right to make any contracts or commitments for or on the behalf of the Principal without first obtaining the express written consent of the Principal.

Contractor's Initials **YC**
Principal's Initials **NK**

DocuSign Envelope ID: E22D3F3F-8384-4CEA-900D-3BAE6A893F31

**Confidential Information and Assignment of Inventions**

24. The Contractor acknowledges in any position the Contractor may hold, in and as a result of the Contractor's contract by the Principal, the Contractor will, or may, be making use of, acquiring or adding to information about certain matters and things which are confidential to the Principal and which information is the exclusive property of the Principal, including, without limitation:

    a. 'Confidential Information' means all data and information relating to the business and management of the Principal, including proprietary and trade secret technology and accounting records to which access is obtained by the Contractor, including Work Product, Computer Software, Other Proprietary Date, Business Operations, Marketing and Development Operations, and Customers. Confidential Information will also include any information that has been disclosed by a third party to the Principal and governed by a non-disclosure agreement entered into between the third party and the Principal. Confidential Information will not include information that:

        i. is generally known in the industry of the Principal;

        ii. is now or subsequently becomes generally available to the public through no wrongful act of the Contractor;

        iii. the Contractor rightfully had in its possession prior to the disclosure to Contractor by the Principal;

        iv. is independently created by the Contractor without direct or indirect use of the Confidential Information; or

        v. the Contractor rightfully obtains from a third party who has the right to transfer or disclose it.

    b. 'Work Product' means work product resulting from or related to work or projects performed or to be performed for the Principal or for clients of the Principal, of any type or form in any state of actual or anticipated research and development;

    c. 'Computer Software' which means computer software resulting from or related to work or projects performed or to be performed for the Principal or for clients of the Principal, of any type or form in any state of actual or anticipated research and development, including but not limited to programs and program modules, routines and subroutines, processes, algorithms, design concepts, design specifications, (design notes, annotations, documentation, flowcharts, coding sheets, and the like), source code, object code and load modules, programming, program patches and system designs;

    d. 'Other Proprietary Data' means information relating to the Principal's proprietary rights prior to any public disclosure of such information, including but not limited to the nature of the proprietary rights, production data, technical and engineering data, test data and test results, the status and details of research and development of products and services, and information regarding acquiring, protecting, enforcing and licensing proprietary rights (including patents, copyrights and trade secrets);

    e. 'Business Operations' means internal personnel and financial information, vendor names and other vendor information (including vendor characteristics, services and agreements), purchasing and internal cost information, internal services and operational manuals, and the manner and methods of conducting the Principal's business;

    f. 'Marketing and Development Operations' means marketing and development plans, price and cost data, price and fee amounts, pricing and billing policies, quoting procedures, marketing techniques and methods of obtaining business, forecasts and forecast assumptions and volumes, and future plans and potential strategies of the Principal which have been or are being discussed; and

    g. 'Customers' means names of customers and their representatives, contracts and their contents and parties, customer services, data provided by customers and the type, quantity and specifications of products and services purchased, leased, licensed or received by clients of the Principal.

**Confidential Obligations**

25. The Contractor agrees that a material term of the Contractor's contract with the Principal is to keep all Confidential Information absolutely confidential and protect its release from the public. The Contractor agrees not to divulge, reveal, report or use, for any purpose, any of the Confidential Information which the Contractor has obtained or which was disclosed to the Contractor by the Principal as a result of the Contractor's contract by the Principal. The Contractor agrees that if there is any question as to such disclosure then the Contractor will seek out senior management of the Principal prior to making any disclosure of the Principal's information that may be covered by this Agreement.

26. The obligations to ensure and protect the confidentiality of the Confidential Information imposed on the Contractor in this Agreement and any obligations to provide notice under this Agreement will survive the expiration or termination, as the case may be, of this Agreement for a period of 1 year.

27. The Contractor may disclose any of the Confidential Information:

    a. To a third party where Principal has consented in writing to such disclosure; and

    b. To the extent required by law or by the request or requirement of any judicial, legislative, administrative or other governmental body, however, the Contractor will first have given prompt notice to the Principal of any possible or prospective order (or proceeding pursuant to which any order may result), and the Principal will have been afforded a reasonable opportunity to prevent or limit any disclosure.

    c. The Principal will keep the Contractor's identity and personal information confidential.

**Ownership and Title**

28. The Contractor acknowledges and agrees that all rights, title and interest in any Confidential Information will remain the exclusive property of the Principal. Accordingly, the Contractor specifically agrees and acknowledges that he will have no interest in the Confidential Information, including, without limitation,

Contractor's Initials *UC*
Principal's Initials *NK*

DocuSign Envelope ID: E22D3F3F-8384-4CEA-900D-3BAE6A893F31

no interest in know-how, copyright, trade-marks or trade names, notwithstanding the fact that he may have created or contributed to the creation of the same.

29. The Contractor does hereby waive any moral rights that he may have with respect to the Confidential Information.

30. This Agreement will not apply in respect of any intellectual property, process, design, development, creation, research, invention, know-how, trade names, trade-marks or copyrights for which:

    a. No equipment, supplies, facility or Confidential Information of the Principal was used, and

    b. Was developed entirely on the Contractor's own time.

31. The Contractor agrees to immediately disclose to the Principal all Confidential Information developed in whole or in part by the Contractor during the term of the Contractor's contract with the Principal and to assign to the Principal any right, title or interest the Contractor may have in the Confidential Information. The Contractor agrees to execute any instruments and to do all other things reasonably requested by the Principal (both during and after the Contractor's contract with the Principal) in order to vest more fully in the Principal all ownership rights in those items transferred by the Contractor to the Principal.

**Return of Confidential Information**

32. The Contractor agrees that, upon request of the Principal or upon termination or expiration, as the case may be, the Contractor will turn over to the Principal all documents, disks or other computer media, or other material in the possession or control of the Contractor that:

    a. May contain or be derived from ideas, concepts, creations, or trade secrets and other proprietary and Confidential Information as defined in this Agreement; or

    b. Connected with or derived from the Contractor's services to the Principal.

**Non-Solicitation**

33. Any attempt on the part of the Contractor to induce others to leave the Principal's employ, or any effort by the Contractor to interfere with the Principal's relationship with its other Contractors and contracts would be harmful and damaging to the Principal. The Contractor agrees that during the term of his contract with the Principal and for a period of one (1) year after the end of that term, the Contractor will not in any way, directly or indirectly:

    a. Induce or attempt to induce any Contractors of the Principal to quit contract retained with the Principal;

    b. Otherwise interfere with or disrupt the Principal's relationship with its Contractors and contracts;

    c. Discuss contract opportunities or provide information about competitive contracts to any of the Principal's contracts or Contractors; or

    d. Solicit, entice, or hire away any contracts or Contractors of the Principal.

This obligation will be limited to those that were contracts or Contractors of the Principal when the Contractor was employed by the Principal.

**Non-Competition**

34. Other than with the express written consent of the Principal, which will not be unreasonably withheld, the Contractor will not, during the continuance of the Agreement or within four (4) years after the termination or expiration, as the case may be, of this Agreement, be directly or indirectly involved with a business which is in direct competition with the particular business line of the Principal that the Contractor was working during any time in the years of employment as a Contractor with the Principal.

35. For a period of four (4) years from the date of termination or expiration, as the case may be, of the Contractor's contracts with the Principal, the Contractor will not divert or attempt to divert from the Principal any business the Principal had enjoyed, solicited, or attempted to solicit, from its customers, prior to termination or expiration, as the case may be, of the Contractor's contracts with the Principal.

**Termination Due to Discontinuance of Business**

36. In spite of anything contained in this Agreement to the contrary, in the event that the Principal will discontinue operating its business at the location where the Contractor is employed, then, at the Principal's sole option, this Agreement will terminate as of the last day of the month in which the Principal ceases operations at such location with the same force and effect as if such last day of the month were originally set as the termination date of this Agreement.

**Termination For Disability**

37. In spite of anything contained in this Agreement to the contrary, in the event that the Principal will discontinue operating its business at the location where the Contractor is employed, then, at the Principal's sole option, this Agreement will terminate as of the last day of the month in which the Principal ceases operations at such location with the same force and effect as if such last day of the month were originally set as the termination date of this Agreement.

38. For the purpose of this Agreement, the Contractor will be deemed to have become permanently disabled if, during any year of the term of this Agreement, because of ill health, physical or mental disability or for other causes beyond the Principal's control, he will have been continuously unable or unwilling or will have failed to perform his duties under this Agreement for 60 consecutive days, or if, during any year of the term of this Agreement, the Contractor will have been unable or unwilling or will have failed to perform his duties for a total period of 120 days, irrespective of whether or not such days are

Contractor's Initials *UC*
Principal's Initials *NK*

DocuSign Envelope ID: E22D3F3F-8384-4CEA-900D-3BAE6A893F31

consecutive. For the purposes of this Agreement, the term 'any year of the term of this Agreement' means any 12 calendar month period commencing on 1st day of January, and terminating on 31st day of December, during the term of this Agreement.

### Termination of Contractor

39. Where the Contractor has breached any of the terms of this Agreement or where there is just cause for termination, the Principal may terminate the Contractor's contract without notice. Where the Principal has breached any of the terms of this Agreement, the Contractor may terminate his contract with the Principal without notice.

40. The Contractor and the Principal agree that reasonable and sufficient notice of termination of contract by the Principal is the greater of two weeks and any notice required under any relevant contract legislation.

41. If the Contractor wishes to terminate his contract with the Principal, the Contractor will provide the Principal with two weeks' notice. As an alternative, if the Contractor co-operates with the training and development of a replacement, then sufficient notice is given if it is sufficient notice to allow the Principal to find and train the replacement.

42. Should the Principal terminate his contract pursuant to this Agreement, and there is no constructive dismissal, the Contractor agrees to be reasonably available as a consultant for the purposes of maintaining any projects or developments created while employed by the Principal for a maximum of 3 months after termination of the Contract. The Contractor agrees to negotiate the terms of the consulting work in good faith. In his capacity as a consultant for the Principal pursuant to this paragraph, the Contractor agrees to provide his present residential address and telephone number as well as his business address and telephone number.

43. The time specified in the notice by either the Contractor or the Principal may expire on any day of the month and upon the date of termination the Principal will forthwith pay to the Contractor any outstanding portion of the wage, accrued vacation and banked time, if any, calculated to the date of termination. Notwithstanding the date of termination, the Contractor acknowledges and agrees to diligently execute and complete his contract responsibilities to the Principal at the reasonable direction of the Principal. Failure of the Contractor to reasonably execute his obligations to the Principal during the notice period will be considered to be an abandonment of his obligations and will be sufficient cause for immediate termination of the Contractor without compensation or notice.

### Remedies

44. The Contractor agrees and acknowledges that the Confidential Information is of a proprietary and confidential nature and that any disclosure of the Confidential Information to a third party in breach of this Agreement cannot be reasonably or adequately compensated for in money damages, would cause irreparable injury to Principal, would gravely affect the effective and successful conduct of the Principal's business and goodwill, and would be a material breach of this Agreement.

45. In the event of a breach or threatened breach by the Contractor of any of the provisions of this Agreement, the Contractor agrees that the Principal is entitled to, in addition to and not in limitation of any other rights and remedies available to the Principal at law or in equity, to a permanent injunction in order to prevent or restrain any such breach by the Contractor or by the Contractor's partners, agents, representatives, servants, contracts, and/or any and all persons directly or indirectly acting for or with the Contractor.

46. The Contractor agrees to co-operate with the Principal following termination by providing documentation and other information to permit the Principal to evaluate whether the Contractor is honoring his post-contract obligations set out in this Agreement.

### Severability

47. Principal and Contractor acknowledge that this Agreement is reasonable, valid and enforceable. However, if a court of competent jurisdiction finds any of the provisions of this Agreement to be too broad to be enforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable, bearing in mind that it is the Contractor's intention to give the Principal the broadest possible protection against the disclosure of the Confidential Information, against the Contractor soliciting the Principal's contracts and contracts and against the Contractor using such Confidential Information in competing with the Principal.

48. In the event that any of the provisions of this Agreement will be held to be invalid or unenforceable in whole or in part, those provisions to the extent enforceable and all other provisions will nevertheless continue to be valid and enforceable as though the invalid or unenforceable parts had not been included in this Agreement and the remaining provisions had been executed by both parties subsequent to the expungement of the invalid provision.

### Notices

49. If Contractor loses or makes unauthorized disclosure of any of the Confidential Information, the Contractor will immediately notify the Principal and take all reasonable steps necessary to retrieve the lost or improperly disclosed Confidential Information.

50. All notices, requests, demands or other communications required or permitted b the terms of this Agreement will be given in writing and either served personally or sent by facsimile or e-mail. The address for any notice to be delivered to an of the parties to this Agreement is as follows:

    a. Real Social Dynamics: 8491 West Sunset Blvd. #452, West Hollywood, CA 90069
    b. Yuriy Chernin _____

Contractor's Initials YC
Principal's Initials NK

**Modification of Agreement**

51. Any amendment or modification of this Agreement or additional obligation assumed by either party in connection with this Agreement will only be binding if evidenced in writing signed by each party or an authorized representative of each party.

**Governing Law**

52. It is the intention of the parties to this Agreement that this Agreement and the performance under this Agreement, and all suits and special proceedings under this Agreement, be construed in accordance with and governed, to the exclusion of the law of any other forum, by the laws of the State of Nevada, without regard to the jurisdiction in which any action or special proceeding may be instituted.

**General Provisions**

53. Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

54. The Contractor is liable for all costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by the Principal in enforcing this Agreement as a result of any default of this Agreement by the Contractor. The Principal is liable for all costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by the Contractor in enforcing this Agreement as a result of any default of this Agreement by the Principal.

55. No failure or delay by the Principal in exercising any power, right or privilege provided in this Agreement will operate as a waiver, nor will any single or partial exercise of such rights, powers or privileges preclude any further exercise of them or the exercise of any other right, power or privilege provided in this Agreement. No failure or delay by the Contractor in exercising any power, right or privilege provided in this Agreement will operate as a waiver, nor will any single or partial exercise of such rights, powers or privileges preclude any further exercise of them or the exercise of any other right, power or privilege provided in this Agreement.

56. This Agreement will inure to the benefit of and be binding upon the respective heirs, executors, administrators, successors and assigns, as the case may be, of the Principal and the Contractor.

57. This Agreement may be executed in counterparts.

58. Time is of the essence in this Agreement.

59. If there is a previous contract agreement between the parties to this Agreement, the parties agree that this Agreement will replace that previous contract agreement and the Contractor acknowledges that this Agreement was entered into in consideration of a compensation increase commencing the start of this Agreement. The Contractor acknowledges that it was agreed at that time that a new Contractor Agreement would be entered into in consideration of the compensation increase.

60. This Agreement constitutes the entire agreement between the parties and there are no further items or provisions, either oral or written. As of the effective date of this Agreement, this Agreement supersedes all other agreements between the parties. The parties to this Agreement stipulate that neither of them has made any representations with respect to the subject matter of this Agreement except such representations as are specifically set forth in this Agreement. Each of the parties acknowledges that it has relied on its own judgment in entering into this Agreement.

**IN WITNESS WHEREOF** Real Social Dynamics has duly affixed its signature by a duly authorized officer on 4/10/2014. By signing below, the Contractor acknowledges that he/she understands and accepts this obligation.

_Nicholas Kho_
Nicholas Kho, President
Real Social Dynamics, Inc.

Yuriy Chernin, _Yuriy Chernin_ (DocuSigned)
Contractor

4/10/2014
Date

Contractor's Initials: YC
Principal's Initials: NK