EXHIBIT "Z"

---------- Forwarded message ----------
From: **Todd Valentine** <todd@realsocialdynamics.com>
Date: Sun, May 21, 2017 at 11:53 PM
Subject: Do what you will with this...
To: Owen Cook <tyler@realsocialdynamics.com>, Nicholas Kho <papa@realsocialdynamics.com>, Stuart Lewis <stuart@realsocialdynamics.com>, Mikhail Kuznetsov <mikhail@rsdtyler.com>

> **RSDMax** 2 days ago
> Hell the fuck yeah! So Fearless ALMOST (so close) broke the Natural's record and it's INSANE seeing so many folks ready to take action and step into a life free of fear.
>
> Vid came out great bro and it was as always a blast! ;)
>
> Reply · 8 👍 👎

Do what you will with this... but apparently we don't bother with inconvenient things like facts anymore at RSD.

Also, we (meaning Max) do comparative marketing even though we've been told not to a dozen times.

I can play that game too:

rsdtodd... the actual fastest growing channel in RSD

VU... the actual best selling rsd product ever (most units shipped)

3 Girls A Day... RSD's best selling online game product (again units shipped)

Daygame... RSD's biggest launch ever (over 1 day or over 5 days which was its launch period)

Todd the leading RSD authority on Inner Game... because Women outsold Transformation Mastery and it has some inner game in it, right?

Or... hell why don't I just claim that Text and Dates Machine made 1 million dollars even though it was never sold to the main list... and that people have been sacrificing goats on my doorstep in homage ever since. Because... that last one has about as much legitimacy as what Max is claiming.

Fearless is on pace to be a better than average RSD launch. Let's call a spade a spade and not start an arms race of who can lie the biggest.

Max obviously is trying to play the social proof game... my shit gets more views so it's best... my shit sells more so it's best. Which is comparative marketing as I've mentioned many many times.

But now it's far worse, since he's not even bothering with FACTS anymore.

Let's look at WHY Max does this. He knows it's wrong. He's not stupid enough to be told something half a dozen times and not get it.

He also knows there are no repercussions... so he acts with no integrity. Don't blame Max, blame the organization that allows it... but yes, also blame Max, because he knows better.