EXHIBIT "AA"

---------- Forwarded message ----------
From: **Todd Valentine** <todd@realsocialdynamics.com>
Date: Tue, Aug 19, 2014 at 7:32 PM
Subject: Daygame Product Summer 2015
To: Nicholas Kho <papa@realsocialdynamics.com>, Owen Cook <tyler@realsocialdynamics.com>

Can I get permission to do a daygame product with launch date in June or July of next year?