George F. Ogilvie III (NSBN #3552)
Amanda C. Yen (NSBN #9726)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone:  702.873.4100
Fax:  702.873.9966
gogilvie@mcdonaldcarano.com
ayen@mcdonaldcarano.com

Steven L. Procaccini (*Pro Hac Vice*)
Chris Ellis Jr. (*Pro Hac Vice*)
NISSENBAUM LAW GROUP, LLC
2400 Morris Avenue, Suite 301
Union, NJ 07083
Telephone: 908-686-8000
Fax: 908-686-8550
sp@gdnlaw.com
ce@gdnlaw.com

*Attorneys for plaintiff Todd VanDeHey*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD VANDEHEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REAL SOCIAL DYNAMICS, INC., a Nevada corporation; NICHOLAS KHO, an individual; OWEN COOK, an individual,<br><br>Defendants. | CASE NO.: 2:17-cv-02230-JAD-NJK |

**DECLARATION OF STEVEN L. PROCACCINI, ESQ.  IN SUPPORT OF PLAINTIFF'S EMERGENCY OMNIBUS MOTION (1) FOR EXPEDITED DISCOVERY AND (2) TO AMEND THE COMPLAINT.**

I, STEVEN L. PROCACCINI, declare as follows:

. . .

. . .

1. I am of counsel to the Nissenbaum Law Group, LLC, co-counsel for Plaintiff in the above-captioned litigation. I am admitted *pro hac vice* to the United States District Court for the District of Nevada.

2. This declaration is made of my own personal knowledge except where stated to be upon information and belief, and as to those matters, I believe them to be true, and, if called as a witness, I would competently testify thereto.

3. On August 22, 2017, plaintiff Todd VanDeHey ("Plaintiff") filed a Verified Complaint against Defendants Real Social Dynamics, Inc., Nicholas Kho and Owen Cook (collectively, the "Defendants") for, *inter alia*, their unauthorized and *ultra vires* acts relating to Valentine Life, Inc. *See* ECF No. 1.

**Plaintiff Learns That His Personal Email Account and a PayPal Account are Hacked, Necessitating Amending the Complaint and Expedited Discovery.**

4. After filing the Verified Complaint, on or about September 11, 2017, Plaintiff became aware that unknown defendants John Does 1 through 10 and ABC Companies 1 through 10 (collectively, the "Unknown Defendants"), who may or may not be related to the identified Defendants, improperly and without authorization accessed Plaintiff's personal Gmail email account "tvandehey@gmail.com" ("Personal Email") and PayPal account associated with the email address "todd@valentinelife.com" ("PayPal Account").

5. Plaintiff seeks to name the Unknown Defendants as defendants in the instant litigation and assert certain causes of actions against them as outlined in the Proposed Amended Complaint. A true and accurate copy of the Proposed Amended Complaint is attached to the Emergency Omnibus Motion (1) For Expedited Discovery and (2) To Amend The Complaint as Exhibit 2.

6. Information with respect to the identities of the Unknown Defendants are currently in the possession, custody or control of Google Inc., Microsoft Corporation, Verizon Communications, Verizon Wireless and PayPal Holdings, Inc. Declaration of Todd VanDeHey dated September 25, 2017; Declaration of Ondrej Krehel dated September 25, 2017.

. . .

7. Therefore, Plaintiff seeks expedited discovery in the form of third-party subpoenas to the above-referenced entities in order to ascertain the identities of the Unknown Defendants and to ensure the Unknown Defendants preserve evidence related to Plaintiff's claims. True and accurate copies of the proposed subpoenas are attached hereto as **Exhibit A**.

**Plaintiff Has Requested Defendants Provide Information With Respect to Whether They Have Obtained Information from Plaintiff's Personal Email Breach.**

8. On or about September 11, 2017, Plaintiff, by and through counsel, forwarded a letter to the identified Defendants, by and through counsel, informing the identified Defendants, *inter alia*, about the unauthorized access to the Personal Email and requested if Defendants had obtained access to the Personal Email or other personal information of Plaintiff's. A true and accurate copy of the September 11, 2017 correspondence is attached hereto as **Exhibit B**.

9. On or about September 12, 2017, Defendants, by and through counsel, responded to the September 11, 2017 correspondence. A true and accurate copy of Defendants' September 12, 2017 correspondence is attached hereto as **Exhibit C**.

10. In their letter, Defendants do not deny if they had obtained access to the Personal Email or Plaintiff's other personal information.

11. Defendants merely indicated that they "have no information beyond [Plaintiff's] allegations to draw a conclusion as to the statements within [Plaintiff's] letter."

12. On or about September 22, 2017, Plaintiff, by and through counsel, forwarded a second letter to Defendants, by and through counsel, again requesting they inform whether, *inter alia*, Defendants had obtained access to the Personal Email or Plaintiff's other personal information. A true and accurate copy of the September 22, 2017 correspondence is attached hereto as **Exhibit D**.

13. To date, Defendants have failed to respond to Plaintiff's September 22, 2017 correspondence.

. . .

. . .

. . .



1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  DATED:  September 28, 2017

                                                                                                                          */s/Steven L. Procaccini*
                                                                                                                            Steven L. Procaccini

**INDEX OF EXHIBITS**

| Description | Exhibit No. |
|---|---|
| Proposed Third-Party Subpoenas | A |
| September 11, 2017 letter to MGA Law | B |
| September 12, 2017 letter from MGA Law | C |
| September 22, 2017 letter to MGA Law | D |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on or about the 28th day of September, 2017, a true and correct copy of the foregoing **DECLARATION OF STEVEN L. PROCACCINI, ESQ. IN SUPPORT OF PLAINTIFF'S EMERGENCY OMNIBUS MOTION (1) FOR EXPEDITED DISCOVERY AND (2) TO AMEND THE COMPLAINT** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

          */s/ Jelena Jovanovic*
          An employee of McDonald Carano LLP

