**SAO**
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail:   jag@mgalaw.com
          sgk@mgalaw.com

*Attorneys for Defendants Real Social Dynamics, Inc.,
Nicholas Kho, and Owen Cook*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD VANDEHEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>REAL SOCIAL DYNAMICS, INC., a Nevada corporation; NICHOLAS KHO, an individual; OWEN COOK, an individual,<br><br>Defendants. | Case No.: 2:17-cv-02230-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 43 |

Pursuant to Local Rules 6-1 and 7-1, it is hereby stipulated by and between Plaintiff TODD VANDEHEY and Defendants, REAL SOCIAL DYNAMICS, INC., NICHOLAS KHO, and OWEN COOK, by and through their counsel as follows:

On October 12, 2017, Plaintiff filed his Amended Complaint (ECF No. 41). Defendants' response is currently due November 2, 2017. The undersigned agree to an extended briefing schedule such that Defendants' shall have until **November 10, 2017**, to file their response.

Also on October 12, 2017, Plaintiff filed his Motion for Summary Judgment as to Count One of the Amended Complaint (ECF No. 42). Defendants' response is currently due November 2, 2017. The undersigned agree to an extended briefing schedule such that Defendants' shall have until

**November 10, 2017**, to file their response.

This is the parties' first request for an extension of time in which to answer Plaintiff's Amended Complaint and oppose Plaintiff's Motion for Summary Judgment. It is not intended to cause any delay or prejudice any party. Rather, the parties hereto agree to an extension in good faith due to the litigation work load of the parties and the excessive number of litigation matters currently in process for the parties.

DATED this 2nd day of November, 2017.

**MAIER GUTIERREZ & ASSOCIATES**

__/s/ Steven G. Knauss_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
*Attorneys for Defendants Real Social Dynamics, Inc., Nicholas Kho, and Owen Cook*

DATED this 2nd day of November, 2017.

**NISSENBAUM LAW GROUP, LLC**

____/s/ Steven L. Procaccini_____
STEVEN L. PROCACCINI (*PRO HAC VICE*)
CHRIS ELLIS JR. (*PRO HAC VICE*)
2400 Morris Avenue, Ste. 301
Union, NJ 07083
*Attorneys for Plaintiff Todd Vandehey*

**MCDONALD CARANO LLP**

_____/s/ George F. Ogilvie III_____
GEORGE F. OGILVIE III, ESQ.
Nevada Bar No. 3552
AMANDA C. YEN, ESQ.
Nevada Bar No. 9726
2300 W. Sahara Ave, Ste. 1200
Las Vegas, NV 89102
*Attorneys for Plaintiff Todd Vandehey*

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the defendants will have until 11/10/17 to file their response to the amended complaint [41] and their opposition to the motion for summary judgment [42]. Counsel is cautioned that, although a congested calendar with numerous deadlines may be good cause for a single extension of time, future requests for relief from deadlines on this basis will likely be denied. Although the court is sensitive to the occasional calendaring challenge, attorneys are responsible for balancing their workload and staffing needs to ensure that court-imposed deadlines are met.

_____
U.S. District Judge Jennifer Dorsey
November 3, 2017