# Exhibit D

# (Verizon Wireless IPv6 Address Information)

# Exhibit D

| Start Date/Time | Stop Date/Time | MSISDN | Total MB | User Input IP Address |
|---|---|---|---|---|
| 9/11/2017 20:01 | 9/12/2017 2:01 | (702) 600-8317 | 90.557 | 2600:1011:b05f:d153:513b:9ce:4388:8b9d |

nothing found for the other IPV6