# Exhibit F

# (Verizon Wireless Number 702-600-8317 Subscriber Information)

# Exhibit F

| Searched-Value | Account Number | Last Name | First Name | Middle Name | Business Name | Addr Line1 | Addr Line2 |
|---|---|---|---|---|---|---|---|
| 7026008317 | 673355888-1 | KHO | NICHOLAS | | | 8121 GOTHIC AVE | |
| 7026008317 | 442170134-1 | | | | REAL SOCIAL DYNAMICS INC | 1930 VILLAGE CENTER CIR | |

| Addr Line3 | City | State | Zip Code | Contact Last Name | Contact First Name | Contact Middle Initial | Phone No.1 | Phone Type1 | Phone No.2 |
|---|---|---|---|---|---|---|---|---|---|
| | LAS VEGAS | NV | 891171349 | NICHOLAS | NICHOLAS | | 3104027863 | H | |
| | LAS VEGAS | NV | 89134 | KHO | NICHOLAS | | 8016881424 | H | |

| Phone Type2 | Addr Line1 | Addr Line2 | Addr Line3 | City | State | Zip Code | Country | mtn | MTN Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| W | 8121 GOTHIC AVE | | | LAS VEGAS | NV | 891171349 | USA | 7026008317 | 7/19/2017 |
| W | 1930 VILLAGE CENTER CIR | | | LAS VEGAS | NV | 89134 | USA | 7026008317 | 9/29/2017 |

| Disconnect Date | Type |
|---|---|
| 9/29/2017 | Postpay |
| 10/3/2017 | Postpay |