# Exhibit G

# (Forwarded Email "Fwd: Madison video")

# Exhibit G

**Subject:** Fwd: Madison video
**From:** Todd VanDeHey <tvandehey@gmail.com>
**Date:** 9/11/2017 6:08 PM
**To:** toddrsd@hotmail.com

---------- Forwarded message ----------
From: **Todd VanDeHey** <tvandehey@gmail.com>
Date: Tue, Sep 5, 2017 at 6:21 AM
Subject: Re: Madison video
To: "Laura J. Magedoff" <ljm@gdnlaw.com>, "Gary D. Nissenbaum" <GDN@gdnlaw.com>, "Steven L. Procaccini" <sp@gdnlaw.com>, "Chris Ellis Jr." <ce@gdnlaw.com>, April Lanzet <al@gdnlaw.com>







Case 2:17-cv-02230-JAD-NJK   Document 56-7   Filed 11/29/17   Page 5 of 5

Exhibit G - Forwarded Email "Fwd: Madison video"