# Exhibit H

# (Forwarded Email "Fwd: Owen text 8/14")

# Exhibit H

**Subject:** Fwd: Owen text 8/14
**From:** Todd VanDeHey <tvandehey@gmail.com>
**Date:** 9/11/2017 8:26 PM
**To:** toddrsd@hotmail.com


---------- Forwarded message ----------
From: **Todd VanDeHey** <tvandehey@gmail.com>
Date: Tue, Aug 15, 2017 at 7:20 PM
Subject: Fwd: Owen text 8/14
To: tvandehey <tvandehey@gmail.com>


---------- Forwarded message ----------
From: "Todd VanDeHey" <tvandehey@gmail.com>
Date: Aug 15, 2017 10:19 PM
Subject: Owen text 8/14
To: <tvendehey@gmail.com>
Cc:


—Screenshot_20170815-215633.png—



**Owen Cook**
Mobile

Yesterday 10:48 AM

Super sucks i got 95K off the deal for u and u wont return a text

If there was some condition or other u didnt like, u couldve asked me to work on Nick for u

As I told u, I could care less if u took the whole biz for zero dollars

I care about you, your kids, your team, my children and my team

If u and Nick go nuclear on eachother in court over the same amount of money u could make from 1/5th of a launch, it will show me u guys just wanted this all along

Screenshot_20170815-215646.png



I was a loyal friend and brother to both u guys, but i guess u both "need to win" so bad cause u r disconnected from your emotions and only enjoy your lives when someone else loses

You cant even let that dorky short kid in NYC take a 6 from u and post about it, so makes sense u had to win this too, even after getting 95K down its not enough

I thought Nick was fucking petty but at least he came down massively for u and for that I respect him for showing some growth

On your end if u needed more help u shouldve trusted me who is your

Case 2:17-cv-02230-JAD-NJK   Document 56-8   Filed 11/29/17   Page 6 of 14

—Screenshot_20170815-215719.png—

Exhibit H - Forwarded Email "Fwd: Owen text 8/14"



down its not enough

I thought Nick was fucking petty but at least he came down massively for u and for that I respect him for showing some growth

On your end if u needed more help u shouldve trusted me who is your brother for 15 years over a random lawyer who benefits from going to court

I would have happily had your back as I have since day 1

Relationships like that are worth more than 75K to anyone who is successful, and thats why i prioritized your happiness

Getting the price down was a gift to

Case 2:17-cv-02230-JAD-NJK   Document 56-8   Filed 11/29/17   Page 8 of 14

Screenshot_20170815-215730.png

Exhibit H – Forwarded Email "Fwd: Owen text 8/14"



Getting the price down was a gift to you and your new baby who i would have expected to have a relationship with and to play with my sons, and if u needed more help you could have just hit me back and asked

There's good people in the world Todd.  I appreciate you making me realize people have selfish agendas and u r VERY right

But sometimes that agenda is the good feeling u get from helping someone who needs it

The feeling of helping u and your family and ending on good terms was worth more to me than a 170K buyout, and thats why i worked it down

—Screenshot_20170815-215741.png—



But sometimes that agenda is the good feeling u get from helping someone who needs it

The feeling of helping u and your family and ending on good terms was worth more to me than a 170K buyout, and thats why i worked it down

It was selfish, but with a different metric than 95K since i can get more 95K's but cant get back 15 years of memories turned sour with a friend, and the bullshit it puts our community through to see the people they look up to being petty over cash

Anyway thats all I gotta say man, I am moving on from this and will let

Screenshot_20170815-215745.png

Exhibit H - Forwarded Email "Fwd: Owen text 8/14"



someone who needs it

The feeling of helping u and your family and ending on good terms was worth more to me than a 170K buyout, and thats why i worked it down

It was selfish, but with a different metric than 95K since i can get more 95K's but cant get back 15 years of memories turned sour with a friend, and the bullshit it puts our community through to see the people they look up to being petty over cash

Anyway thats all I gotta say man, I am moving on from this and will let u guys figure it out

Attachments:

| | |
|---|---|
| Screenshot_20170815-215633.png | 281 KB |
| Screenshot_20170815-215646.png | 295 KB |
| Screenshot_20170815-215719.png | 299 KB |
| Screenshot_20170815-215730.png | 294 KB |
| Screenshot_20170815-215741.png | 291 KB |
| Screenshot_20170815-215745.png | 287 KB |