# Exhibit A

# (Artifacts Listing)

# Exhibit A

| Datetime (EDT) | Event | IP | Location | Details | User | Artifact |
|---|---|---|---|---|---|---|
| 9/10/17 11:51 PM | Email Received | | | From: Todd VanDeHey <tvandehey@gmail.com>, X-Gmail-Labels: Trash, Attachment: Screen Shot 2017-09-10 at 8.22.22 | | Emails Not Originally Found.mbox (Originally in All mail Including Spam and Trash-009.mbox) |
| 9/10/17 11:57 PM | Email Received | | | From: Todd VanDeHey <tvandehey@gmail.com>, X-Gmail-Labels: Trash, Attachment: Screen Shot 2017-09-10 at 8.23.49 | | Emails Not Originally Found.mbox (Originally in All mail Including Spam and Trash-009.mbox) |
| 9/11/17 | Google Takeout Archive Created | Unknown | Unknown | | | Data Backup.JPG |
| 9/11/17 12:01 AM | Email Received | | | From: Todd VanDeHey <tvandehey@gmail.com>, X-Gmail-Labels: Trash, Attachment: Screen Shot 2017-09-10 at 8.50.20 | | Emails Not Originally Found.mbox (Originally in All mail Including Spam and Trash-009.mbox) |
| 9/11/17 12:01 AM | Email Received | | | From: Todd VanDeHey <tvandehey@gmail.com>, X-Gmail-Labels: Trash, Attachment: Screen Shot 2017-09-10 at 8.39.16 | | Emails Not Originally Found.mbox (Originally in All mail Including Spam and Trash-009.mbox) |
| 9/11/17 12:01 AM | Email Received | | | From: Todd VanDeHey <tvandehey@gmail.com>, X-Gmail-Labels: Trash, Attachment: Screen Shot 2017-09-10 at 8.42.12 | | Emails Not Originally Found.mbox (Originally in All mail Including Spam and Trash-009.mbox) |
| 9/11/17 1:43 AM | Email Received | | | From: Todd VanDeHey <tvandehey@gmail.com>, X-Gmail-Labels: Trash, Attachment: Screen Shot 2017-09-10 at 10.42.34 | | Emails Not Originally Found.mbox (Originally in All mail Including Spam and Trash-009.mbox) |
| 9/11/17 2:07 PM | Email Received | | | From: Todd VanDeHey <tvandehey@gmail.com>, X-Gmail-Labels: Trash, Attachment: Screen Shot 2017-09-10 at 11.06.19 PM.png | | Emails Not Originally Found.mbox (Originally in All mail Including Spam and Trash-009.mbox) |
| 9/11/17 2:17 PM | Changed Recovery Email | 100.35.138.155 | Middletown, NJ, USA | From todd@realsocialdynamics.com to toddvhan@gmail.com | | Security Events 9-13-2017.pdf |
| 9/11/17 5:31 PM | Changed Recovery Email | Unknown | Unknown | From toddvhan@gmail.com to todd@realsocialdynamics.com | | Security Events 9-13-2017.pdf |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/11/17 5:31 PM | Changed Password | Unknown | Unknown | | | Security Events 9-13-2017.pdf |
| 9/11/17 5:31 PM | Removed Recovery Phone | Unknown | Unknown | Old phone: +1 702-600-3559 | | Security Events 9-13-2017.pdf |
| 9/11/17 5:36 PM | Changed Password | 2600:1011:b05f:d153:513b:9ce:4388:8b9d | Las Vegas, NV, USA | | | Security Events 9-13-2017.pdf |
| 9/11/17 5:42 PM | Added Recovery Phone | 174.237.128.12 | Las Vegas, NV, USA | New Phone: +1 702-600-8317 | | Security Events 9-13-2017.pdf |
| 9/11/17 6:19 PM | Suspicious Activity (Mac) | 2600:8801:580:aec0:c531:434:a59d:7b6 | Las Vegas, NV, USA | Device: Mac, Browser: Chrome 60.0, Last synced: September 11, 2017 at 7:26 PM | | Security Events 9-13-2017.pdf |
| 9/11/17 6:43 PM | Removed Recovery Phone | 2600:8801:580:aec0:c531:434:a59d:7b6 | Las Vegas, NV, USA | Old phone:+1 702-600-8317 | | Security Events 9-13-2017.pdf |
| 9/11/17 7:08 PM | Email Sent | | | To: toddrsd@hotmail.com, Subject: Fwd: Madison video, X-Gmail-Labels: Trash,Sent | | Emails Not Originally Found.mbox (Originally in "All mail Including Spam and Trash-009.mbox" and saved as "Fwd Madison video.pdf") |
| 9/11/17 7:26 PM | Changed Recovery Email | Unknown | Unknown | From todd@realsocialdynamics.com to toddvhan@gmail.com | | Security Events 9-13-2017.pdf |
| 9/11/17 7:26 PM | Changed Password | Unknown | Unknown | | | Security Events 9-13-2017.pdf |
| 9/11/17 7:26 PM | Suspicious Activity (Mac) | Unknown | Las Vegas, NV, USA | Mac seen at 6:19 PM is last synced | | Recently Used Devices.pdf |
| 9/11/17 7:35 PM | Changed Password | 100.35.138.155 | Middletown, NJ, USA | | | Security Events 9-13-2017.pdf |
| 9/11/17 7:36 PM | Added Recovery Phone | 100.35.138.155 | Middletown, NJ, USA | New phone:+1 702-600-3559 | | Security Events 9-13-2017.pdf |
| 9/11/17 7:40 PM | 2-Step Verification: ON | Unknown | Unknown | | | Security Events 9-13-2017.pdf |
| 9/11/17 8:26 PM | Email Sent | | | To: toddrsd@hotmail.com, Subject: Fwd: Madison video, X-Gmail-Labels: Sent | | All mail Including Spam and Trash-009.mbox (Saved as "FWD Owen text 8-14.pdf") |
| 9/12/17 1:06 PM | New Windows Sign In | 108.41.170.18 | New York, NY, USA | Device: Windows, Browser: Chrome 60.0 | LIFARS | Security Events 9-13-2017.pdf |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/12/17 1:08 PM | Created App Password | 108.41.170.18 | New York, NY, USA | Device: Windows, Browser: Chrome 60.0, Used for Outlook to download PST | LIFARS | Security Events 9-13-2017.pdf |
| 9/12/17 5:00 PM (approx) | Google Takeout Archive Created | 108.41.170.18 | New York, NY, USA | Device: Windows, Browser: Chrome 60.0, Started the creation of a new archive | LIFARS | Data Backup.JPG |
| 9/12/17 5:00 PM (approx) | Downloaded Google Takeout Export | 108.41.170.18 | New York, NY, USA | Device: Windows, Downloaded archive that had been created by unknown party | LIFARS | takeout-20170911T221903Z-005.zip, takeout-20170911T221903Z-006.zip, takeout-20170911T221903Z-007.zip, takeout-20170911T221903Z-008.zip, takeout-20170911T221903Z-010.zip, All mail Including Spam and Trash-009.mbox, takeout-20170911T221903Z-001.zip, takeout-20170911T221903Z-002.zip, takeout-20170911T221903Z-003.zip, takeout-20170911T221903Z-004.zip |
| 9/13/17 10:00 AM (approx) | Downloaded Google Takeout Export | 108.41.170.19 | New York, NY, USA | Device: Windows, Downloaded archive that we requested on 9/12 | LIFARS | All mail Including Spam and Trash.mbox |