# Exhibit E

# (Security Events 9-13-2017)

# Exhibit E

# Recent security events

Security alerts and security-related actions you've taken (like changing your password or adding recovery options) in the last 28 days. Learn more

 Notice anything suspicious? Secure your account

 **Created app password**
Yesterday at 2:08 PM

App password name: **Mail on my Windows Computer**

App passwords allow you to access your Google Account through applications such as *Mail* app on an iPhone or Macbook, or *Outlook*.

**MANAGE APP PASSWORDS**

| | |
|---|---|
| Time: | Yesterday, 2:08 PM |
| Location: | New York, NY, USA |
| IP address: | 108.41.170.18 |



Approximate location (may include nearby towns)

 **New Windows signed in**
Yesterday at 2:06 PM

| | |
|---|---|
| Device: | Windows |
| Time: | Yesterday, 2:06 PM |
| Location: | New York, NY, USA |
| Browser: |  Chrome 60.0 |
| IP address: | 108.41.170.18 |



Approximate location (may include nearby towns)

 **2-Step Verification: ON**
September 11, 2017 at 8:40 PM

**VIEW SETTINGS**

| | |
|---|---|
| Time: | September 11, 8:40 PM |
| Location: | Unknown  Learn more |

## Recent security events

**New phone:** +1 702-600-3559

| | |
|---|---|
| Time: | September 11, 8:36 PM |
| Location: | Middletown, NJ, USA |
| IP address: | 100.35.138.155 |



Approximate location (may include nearby towns)


**Changed password**
September 11, 2017 at 8:35 PM

| | |
|---|---|
| Time: | September 11, 8:35 PM |
| Location: | Middletown, NJ, USA |
| IP address: | 100.35.138.155 |



Approximate location (may include nearby towns)


**Changed password**
September 11, 2017 at 8:26 PM

| | |
|---|---|
| Time: | September 11, 8:26 PM |
| Location: | Unknown Learn more |


**Changed recovery email**
September 11, 2017 at 8:26 PM

**New email:** toddvhan@gmail.com
**Old email:** todd@realsocialdynamics.com

| | |
|---|---|
| Time: | September 11, 8:26 PM |
| Location: | Unknown Learn more |


**Suspicious activity in your Google Account**
September 11, 2017 at 7:19 PM

Exhibit E - Security Events 9-13-2017

## Recent security events

| | | |
|---|---|---|
| Time: | September 11, 7:19 PM | |
| Location: | Las Vegas, NV, USA | |
| IP address: | 2600:8801:580:aec0:c531:434:a59d:7b6 | |



Approximate location (may include nearby towns)

### Removed recovery phone
September 11, 2017 at 6:43 PM

Old phone: **+1 702-600-8317**

| | |
|---|---|
| Time: | September 11, 6:43 PM |
| Location: | Las Vegas, NV, USA |
| IP address: | 2600:8801:580:aec0:c531:434:a59d:7b6 |



Approximate location (may include nearby towns)

### Added recovery phone
September 11, 2017 at 5:42 PM

New phone: **+1 702-600-8317**

| | |
|---|---|
| Time: | September 11, 5:42 PM |
| Location: | Las Vegas, NV, USA |
| IP address: | 174.237.128.12 |



Approximate location (may include nearby towns)

### Changed password
September 11, 2017 at 5:36 PM

| | |
|---|---|
| Time: | September 11, 5:36 PM |
| Location: | Las Vegas, NV, USA |
| IP address: | 2600:1011:b05f:d153:513b:9ce:4388:8b9d |



Approximate location (may include nearby towns)



## Recent security events

**Removed recovery phone**
September 11, 2017 at 5:31 PM

Old phone: **+1 702-600-3559**

| | |
|---|---|
| Time: | September 11, 5:31 PM |
| Location: | Unknown  Learn more |



**Changed password**
September 11, 2017 at 5:31 PM

| | |
|---|---|
| Time: | September 11, 5:31 PM |
| Location: | Unknown  Learn more |

**Changed recovery email**
September 11, 2017 at 5:31 PM

New email: **todd@realsocialdynamics.com**
Old email: **toddvhan@gmail.com**

| | |
|---|---|
| Time: | September 11, 5:31 PM |
| Location: | Unknown  Learn more |



**Changed recovery email**
September 11, 2017 at 2:17 PM

New email: **toddvhan@gmail.com**
Old email: **todd@realsocialdynamics.com**

| | |
|---|---|
| Time: | September 11, 2:17 PM |
| Location: | Middletown, NJ, USA |
| IP address: | 100.35.138.155 |



Approximate location (may include nearby towns)

Google    Terms & Privacy    Help