# Exhibit A

## (September 11, 2017 Letter from the Nissenbaum Law Group to Maier Gutierrez & Associates)

# Exhibit A



# NISSENBAUM LAW GROUP, LLC
ATTORNEYS AT LAW
WWW.GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ.○
LAURA J. MAGEDOFF, ESQ.□

STEVEN L. PROCACCINI, ESQ.•
RYAN N. FERNANDEZ, ESQ. ∆
JOHN BURKE, ESQ. ∆
CHRIS ELLIS JR., ESQ. ∆
CAITLIN P. DETTMER, ESQ. *

CAROLE J. ZEMPEL, SUPERVISING PARALEGAL
APRIL LANZET, HEAD PARALEGAL
ELS LAUREYSENS, PARALEGAL
MICHELLE OLIVEIRA, PARALEGAL

○  Admitted in New Jersey, New York,
    Pennsylvania, Texas & the District of
    Columbia
□  Admitted in New Jersey, New York,
    Pennsylvania & Texas
•  Admitted in New Jersey, New York &
    Pennsylvania
∆  Admitted in New Jersey & New York
*  Admitted in New Jersey

**NEW YORK:**
140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
P. 212.871.5711 /  F. 212.871.5712

**TEXAS:**
100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
P. 214.222.0020 /  F. 214.222.0029

**PENNSYLVANIA:**
1500 MARKET STREET
12TH FLOOR, EAST TOWER
PHILADELPHIA, PENNSYLVANIA 19102
P. 215.523.9350 /  F. 215.523.9395

Please reply to:   ☒ NJ   ☐ NY
                   ☐ PA   ☐ TX

MEETINGS WITH ATTORNEYS BY
APPOINTMENT ONLY

September 11, 2017

**VIA EMAIL**
Steven Knauss, Esq.
MGA Law
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

Re:   Todd VanDeHey Gmail Account - tvandehey@gmail.com

Dear Mr. Knauss:

Given the urgency of the matters set forth below, we trust you will understand that we are compelled to demand that you respond to this correspondence **by return email to me by 6:45 PM PDT today**.

We have been made aware of a very troubling recent development. We hereby put your firm on notice that our client, Mr. VanDeHey, had his **personal** Gmail account altered in a way that prevents his access to that account. Moreover, we have reason to believe that at least one of your clients may either have been involved in this activity and if so, may be in wrongful possession of Mr. VanDeHey's most personal information, including without limitation, privileged attorney-client communications, as well as highly sensitive financial account information.

Please immediately advise if any person affiliated with Real Social Dynamics, Inc. ("RSD"), including without limitation Nicholas Kho has obtained access to any of the following:

1. the Gmail account at tvandehey@gmail.com;

2. any other email account that RSD is aware is being utilized by Todd VanDeHey (other than todd@realsocialdynamics.com which was the subject of our previous letters);

3. any communications between my law firm and Todd VanDeHey;

4. any financial data relating to Todd VanDeHey's personal banking and/or investment accounts;

5. any personal communications between Todd VanDeHey and any other person that was not disclosed by Mr. VanDeHey to RSD; and

6. any of Mr. VanDeHey's passwords relating to tvandehey@gmail.com or otherwise that have been changed by anyone affiliated with RSD.

If your client(s) has obtained access to any of the foregoing, we hereby demand that you provide us with a letter by return email within the timeframe set forth above providing

- all the detail that your client has relating to what transpired;

- why it transpired; and

- what actions RSD is taking to ameliorate the activity.

Likewise, if you are taking the position that any such activity was legally allowed (assuming that it occurred), kindly provide citations to legal authority upon which you base that assertion.

Be advised that you are obligated to inform us in detail of the facts and circumstances of any non-consensual possession or access by your client(s) or by your firm of attorney-client or work-product privileged information belonging to Todd VanDeHey, including without limitation that contained in tvandehey@gmail.com. You are also required to investigate what may have happened and to take immediate steps to disgorge to us any of the information referred to above. *See In re CityCenter Const.*, 127 Nev. 1144 (2011); *see also Merits Incentives, LLC v. Eighth Judicial Dist. Court of State, ex rel. Cty. of Clark*, 127 Nev. 689 (2011).

As per our August 16, 2017 letter, we also advise you that both RSD and your law firm are obligated not to spoliate any evidence in regard to the matters outlined in this letter. This includes without limitation all information, data and communications relating to any intrusion

into Mr. VanDeHey's personal email or other accounts or any passwords that have been changed by anyone affiliated with RSD.

     Please be guided accordingly.

                                        NISSENBAUM LAW GROUP, LLC

                                        BY: _____/s_____
                                                 Steven L. Procaccini

cc:     Joseph Guiterrez, Esq.