# Exhibit B

## (September 12, 2017 Letter from Maier Gutierrez & Associates to the Nissenbaum Law Group)

# Exhibit B



September 12, 2017

**VIA E-MAIL**
Steven L. Procaccini, Esq.
2400 Morris Ave., Suite 301
Union, New Jersey 07083

      RE:    *Todd Vandehey Gmail Account – tvandehey@gmail.com*

    This correspondence serves as a response to the claims within your letter dated September 11, 2017 concerning allegations of alteration and/or wrongful possession of Mr. Vandehey's personal Gmail account.

    While I do appreciate you bringing this matter to my attention, at this time, I have no information beyond your allegations to draw a conclusion as to the statements within your letter. Mr. Kho is travelling to California this week, and I'm unaware of Mr. Cook's location or activities.

    As with any claim against an adverse party, your speculation and accusations must be supported by evidence. However, without elaboration beyond your "reasons to believe [my client]…was involved in this activity", there's little instruction I can pass to my clients beyond the very obvious: do not access Mr. Vandehey's personal Gmail account.

    We also reviewed your case law and are unimpressed with the precedents and findings within them. Nor do we see an analogy of the facts within those cases to the situation you are now falsely describing. As pro hoc vice attorneys into this jurisdiction, I strongly suggest you demonstrate a higher level of respect for this firm and the ethical rules we adhere to in the State of Nevada.

    With little else to go on, and with little patience to indulge these irrelevant digressions, we remain ready to move forward towards mediation and arbitration.

                                Sincerely,

                              **MAIER GUTIERREZ & ASSOCIATES**

                              /s/ *Steven Knauss*

                              Joseph A. Gutierrez, Esq.
                              Steven G. Knauss, Esq.