# Exhibit D

**(October 5, 2017 Letter from the Nissenbaum Law Group to Maier Gutierrez & Associates)**

# Exhibit D

**NISSENBAUM LAW GROUP, LLC**
ATTORNEYS AT LAW
WWW.GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

**NISSENBAUM LAW GROUP, LLC**
TWENTIETH ANNIVERSARY
1997-2017

GARY D. NISSENBAUM, ESQ. ○
LAURA J. MAGEDOFF, ESQ. □

STEVEN L. PROCACCINI, ESQ. •
RYAN N. FERNANDEZ, ESQ. Δ
JOHN BURKE, ESQ. Δ
CHRIS ELLIS JR., ESQ. Δ
MADELAINE P. HICKS *

MELISSA RYAN REITBERG, JD, LAW CLERK
CAROLE J. ZEMPEL, SUPERVISING PARALEGAL
APRIL LANZET, HEAD PARALEGAL
ELS LAUREYSENS, PARALEGAL

○ Admitted in New Jersey, New York, Pennsylvania, Texas & the District of Columbia
□ Admitted in New Jersey, New York, Pennsylvania & Texas
• Admitted in New Jersey, New York & Pennsylvania
Δ Admitted in New Jersey & New York
* Associate (Passed New York Bar; Application for Admission Pending)

**NEW YORK:**
140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
P. 212.871.5711 / F. 212.871.5712

**TEXAS:**
100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
P. 214.222.0020 / F. 214.222.0029

**PENNSYLVANIA:**
1500 MARKET STREET
12TH FLOOR, EAST TOWER
PHILADELPHIA, PENNSYLVANIA 19102
P. 215.523.9350 / F. 215.523.9395

Please reply to: ☒ NJ ☐ NY ☐ PA ☐ TX

MEETINGS WITH ATTORNEYS BY APPOINTMENT ONLY

October 5, 2017

**VIA EMAIL (sgk@mgalaw.com)**
**AND REGULAR MAIL**
Steven Knauss, Esq.
MGA Law
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

Re:   Todd VanDeHey v. Real Social Dynamics, Inc., *et al.*
      **Case No.: 2:17-cv-02230-JAD-NJK**

Dear Mr. Knauss:

We are in receipt of the Court's October 4, 2017 order in the above-caption matter permitting Mr. VanDeHey to proceed with filing the proposed amended complaint and with discovery of the identities of the presently unknown Doe Defendants.

We note that the intentional omission by your clients in denying any involvement in the unlawful access of my client's personal Gmail account tvandehey@gmail.com ("**Gmail Account**") and a PayPal account associated with the email address todd@valentinelife.com ("**PayPal Account**"). That ommission—in addition to your refusal to respond to our letter dated September 22, 2017—leaves the following area of inquiry ripe for immediate inquiry:

1. Do you, or any member of your firm, have any knowledge that any of your clients Real Social Dynamics, Inc., Nicholas Kho and/or Own Cook accessed Mr. VanDeHey's personal Gmail Account or the PayPal Account without authorization?

2. Did you, or any member or your firm, come into the possession of anything from the Gmail Account or PayPal Account as a direct result of any of your client's unauthorized access to those accounts?

This is our final attempt to obtain the information regarding the issue above through less formal means.

Please be guided accordingly.

NISSENBAUM LAW GROUP, LLC

BY: _____
Steven L. Procaccini