JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail: jag@mgalaw.com
sgk@mgalaw.com

*Attorneys for Defendants Real Social Dynamics, Inc.,
Nicholas Kho, and Owen Cook*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD VANDEHEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>REAL SOCIAL DYNAMICS, INC., a Nevada corporation; NICHOLAS KHO, an individual; OWEN COOK, an individual; John Does 1 through 10, all whose true names are unknown; ABC Companies 1 through 10, all whose true names are unknown,<br><br>Defendants. | Case No.: 2:17-cv-02230-JAD-NJK<br><br>**RECEIPT OF COPY** |

RECEIPT OF COPY of one (1) flash drive was hereby acknowledged and received this 11th day of December, 2017.

McDONALD CARANO LLP

*/s/ George F. Ogilvie III /KLC*

GEORGE F. OGILVIE III, ESQ.
Nevada Bar No. 3552
AMANDA C. YEN, ESQ.
Nevada Bar No. 9726
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Defendant Laura Rocha*

1