# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TODD VANDEHEY,

    Plaintiff(s),

v.

REAL SOCIAL DYNAMICS, INC., et al.,

    Defendant(s).

Case No. 2:17-cv-02230-JAD-NJK

ORDER

(Docket No. 59)

Pending before the Court is Plaintiff's motion to amend the complaint, filed on November 29, 2017. Docket No. 59. Any response was due on December 13, 2017, *see* Local Rule 7-2(b), and none has been filed to date. Accordingly, the motion is **GRANTED** as unopposed. *See* Local Rule 7-2(d). Plaintiff shall file the proposed second amended complaint on the docket by December 27, 2017.

IT IS SO ORDERED.

DATED: December 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge