# Exhibit B

# (Valentine Life, Inc. Articles of Incorporation)

# Exhibit B




**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

*040105*

# Articles of Incorporation
(PURSUANT TO NRS CHAPTER 78)

Filed in the office of
*Barbara K. Cegavske*
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number
20160003955-51

Filing Date and Time
01/05/2016 1:53 PM

Entity Number
E0003922016-5

(This document was filed electronically.)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                ABOVE SPACE IS FOR OFFICE USE ONLY

**1. Name of Corporation:** VALENTINE LIFE

**2. Registered Agent for Service of Process:** (check only one box)
[X] Commercial Registered Agent: UNITED STATES CORPORATION AGENTS, INC.
[ ] Noncommercial Registered Agent (name and address below) OR
[ ] Office or Position with Entity (name and address below)

**3. Authorized Stock:** (number of shares corporation is authorized to issue)
Number of shares with par value: 200
Par value per share: $ 1.0
Number of shares without par value: 0

**4. Names and Addresses of the Board of Directors/Trustees:**
1) TODD VANDEHEY
145 E HARMON AVENUE, UNIT 20602 — LAS VEGAS — NV — 89109

**5. Purpose:** (optional; required only if Benefit Corporation status selected)
The purpose of the corporation shall be: ANY LEGAL PURPOSE

**6. Benefit Corporation:** (see instructions) [ ] Yes

**7. Name, Address and Signature of Incorporator:**
I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

TODD VANDEHEY — X TODD VANDEHEY (Incorporator Signature)
145 E HARMON AVENUE, UNIT 20602 — LAS VEGAS — NV — 89109

**8. Certificate of Acceptance of Appointment of Registered Agent:**
I hereby accept appointment as Registered Agent for the above named Entity.
X UNITED STATES CORPORATION AGENTS, INC.    1/5/2016

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 78 Articles
Revised: 1-5-15

# Attachment to
# Certificate of Incorporation of
# Valentine Life

The total number of shares of all classes of stock which the Corporation shall have authority to issue is 200 of which 100 shares of par value $1.00 per share shall be designated as Common Stock and 100 shares of par value $1.00 shall be designated as Preferred Stock. Shares of Preferred Stock may be issued in one or more series from time to time by the board of directors, and the board of directors is expressly authorized to fix by resolution the voting powers, designations, preferences, limitations, restrictions, relative rights and distinguishing designations of each series of Preferred Stock before the issuance of any shares of Preferred Stock in such series.