# Exhibit D

# (Valentine Life, Inc. Certificate of Dissolution)

# Exhibit D


*130205*



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

| Filed in the office of | Document Number |
| --- | --- |
| *Barbara K. Cegavske* | 20170346973-52 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 08/14/2017 12:56 PM |
| State of Nevada | Entity Number |
| | E0003922016-5 |

## Certificate of Dissolution
(PURSUANT TO NRS 78.580)

USE BLACK INK ONLY - DO NOT HIGHLIGHT          ABOVE SPACE IS FOR OFFICE USE ONLY

**Certificate of Dissolution
For a Nevada Profit Corporation
Before or After Issuance of Stock and After Beginning of Business
(Pursuant to NRS 78.580)**

1. Name of corporation:

   VALENTINE LIFE

2. Entity or NV I.D. number: E0003922016-5

3. The resolution to dissolve said corporation has been approved by the directors or both the directors and stockholders as provided in NRS 78.580(1) and (2). The names and addresses of the **president, secretary, treasurer and all directors*** are:

   NICHOLAS KHO — 8121 Gothic Ave Las Vegas, NV 89117
   Name of **president** / Address

   NICHOLAS KHO — 8121 Gothic Ave Las Vegas, NV 89117
   Name of **secretary** / Address

   NICHOLAS KHO — 8121 Gothic Ave Las Vegas, NV 89117
   Name of **treasurer** / Address

   NICHOLAS KHO — 8121 Gothic Ave Las Vegas, NV 89117
   Name of **director** / Address

   NICHOLAS KHO — 8121 Gothic Ave Las Vegas, NV 89117
   Name of **additional director, if any** / Address

4. Effective date and time of dissolution:(optional)   Date: 8-14-17   Time: 1300
   (must not be later than 90 days after the certificate is filed)

5. Signature: (required)

   X *Nicholas Kho*            8-14-17
   **Signature of Officer**        Date

*attach a plain 8 1/2" x 11" sheet to list additional directors.
**FILING FEE: $100.00**

**IMPORTANT:** Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.
*This form must be accompanied by appropriate fees.*

Nevada Secretary of State Dissolution Profit-After
Revised: 3/17/2017