1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  STEVEN G. KNAUSS, ESQ.
   Nevada Bar No. 12242
3  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: (702) 629-7900
5  Facsimile:  (702) 629-7925
   E-mail:      jag@mgalaw.com
6              sgk@mgalaw.com

7  *Attorneys for Defendants Real Social Dynamics, Inc.,*
   *Nicholas Kho, Owen Cook, and Amber Kho*

8

9              **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF NEVADA**

11

12  TODD VANDEHEY, an individual,           |   Case No.: 2:17-cv-02230-JAD-NJK

                    Plaintiff,

13                                          |   **JOINT PROPOSED DISCOVERY PLAN
                                                AND SCHEDULING ORDER**

14  vs.
                                               **SPECIAL SCHEDULING REVIEW
15  REAL SOCIAL DYNAMICS, INC., a Nevada       REQUESTED**
    corporation; NICHOLAS KHO, an individual;
16  OWEN COOK, an individual; AMBER KHO, an
    individual, John Does 2 through 10, all whose true
17  names are unknown; ABC Companies 1 through
    10, all whose true names are unknown,

18

19                    Defendants.

20

21         Defendants, Real Social Dynamics, Inc., Nicholas Kho, Owen Cook, and Amber Kho

22  (collectively "the Defendants"), by and through their counsel of record, the law firm MAIER

23  GUTIERREZ & ASSOCIATES and Plaintiff, Todd Vandehey ("Plaintiff"), by and through his counsels of

24  record, the law firms MCDONALD CARANO LLP and NISSENBAUM LAW GROUP, LLC, hereby submit

25  this proposed joint discovery plan and scheduling order.

26         **FRCP 26(f) Conference**.      On December 11, 2017, Joseph A. Gutierrez, Esq. and Steven

27  G. Knauss, Esq., as counsel for Defendants, and Steven L. Procaccini, Esq., as counsel for Plaintiff

28  participated in a discovery and scheduling conference (the "Conference") to discuss all of the issues

                                    1

required by Federal Rule Civil Procedure 26(f).  The parties' initial disclosures will be made by Monday, January 15, 2018, thirty-five (35) days after the conference with the parties stipulating in writing to a twenty-one (21) day extension.

The Parties now propose the following discovery plan:

1. **Discovery Cut-Off Date:** The proposed cut-off date for discovery shall be Wednesday, June 6, 2018, nine (9) months from the date of defendant's first appearance that occurred on September 6, 2017.  The parties believe this longer discovery period is necessary and reasonable to address recent amendments to the complaint adding necessary parties.

2. **Amending the Pleadings and Adding Parties:** All motions to amend the pleadings or to add parties shall be filed no later than Monday, March 12, 2018, ninety (90) days prior to the proposed close of discovery.

3. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** Disclosures concerning experts shall be made by Tuesday, April 10, 2018, sixty (60) days before the proposed discovery cut-off date.  Disclosures concerning rebuttal experts shall be made by May 8, 2018 ~~Monday, March 12, 2018,~~ thirty (30) days after the initial disclosure of experts.

4. **Dispositive Motions:**  The date for filing dispositive motions shall not be later than Friday, July 6, 2018, thirty (30) days after the proposed discovery cut-off date.  In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed discovery plan and scheduling order, the date for filing dispositive motions shall be extended to be not later than thirty (30) days from the subsequent discovery cut-off date.

5. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than Monday, August 6, 2018, thirty (30) days after the cut-off for filing dispositive motions.  In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or until further order of the court.  In the further event that the discovery period is extended from the discovery cut-off date set forth in this discovery

plan and scheduling order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

6.    **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections hereto, shall be included in the joint pretrial order.

7.    **Alternative Dispute Resolution:**   The parties have a concurrent matter in arbitration in Clark County Nevada (JAMS), involving overlapping issues, facts, and claims.  Plaintiff will file a motion to stay the arbitration proceedings by January 5, 2018.

8.    **Alternative Forms of Case Disposition:**   The parties have discussed the possibility of trial by the magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 but disagree as to whether this case is properly suited before the District Court as opposed to arbitration.

9.    **Electronic Evidence:**   The parties anticipate issues about disclosures or discovery of electronically stored information, if any, including the form or forms in which it should be produced.  The parties will meet and confer and otherwise work in good faith with respect to the production of said electronically stored information should any further disputes arise.

10.    **Interim Status Report:** The joint interim status report required by LR 26-3 shall be filed no later than Monday, April 8, 2018, or sixty (60) days prior to the close of discovery in the event that the discovery period is extended from the discovery cut-off date set forth in this discovery plan and scheduling order.

11.    **Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made pursuant to LR 26-4 and be supported by a showing of good cause, no later than twenty-one (21) days before the subject deadline.

12.    **Subjects of Discovery**.  The parties agree that discovery may be taken on any subjects permitted by the Federal Rules of Civil Procedure.

13.    **Discovery Phases**.   The parties do not believe it is necessary to conduct discovery in phases.

14. **Document Production**.  All documents produced in this action will be delivered as either hardcopy documents or as single-page Tagged Image File Format ("TIFF") or Portable Document Format ("PDF") images unless the requesting party specifically requests that any responsive electronic documents be produced in native format.

15. **Protective Orders for Confidential Documents And/Or Information**.  The parties have discussed the need for a protective order for confidential documents and/or information and will be working together to agree on the terms of a stipulated protective order if needed.

DATED this 21st day of December, 2017.

**MAIER GUTIERREZ & ASSOCIATES**

_____/s/ Steven G. Knauss_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants Real Social Dynamics,*
*Inc., Nicholas Kho, Owen Cook, and Amber Kho*


DATED this 21st day of December, 2017.

**MCDONALD CARANO LLP**


*Approved by co-counsel Steven L. Procaccini*

_____
GEORGE F. OGILVIE, III, ESQ.
Nevada Bar No. 3552
AMANDA C. YEN, ESQ.
Nevada Bar No. 9726
2300 W. Sahara Ave., Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Plaintiff Todd Vandehey*

DATED this 21st day of December, 2017.

**NISSENBAUM LAW GROUP, LLC**

_____/s/Steven L. Procaccini_____
STEVEN L. PROCACCINI, ESQ. *(Pro Hac Vice)*
CHRIS ELLIS JR., ESQ. *(Pro Hac Vice)*
2400 Morris Avenue, Suite 301
Union, NJ 07083
*Attorneys for Plaintiff Todd Vandehey*

IT IS SO ORDERED.
Dated:  December 22, 2017

_____
United States Magistrate Judge

4