George F. Ogilvie III (NSBN #3552)
Amanda C. Yen (NSBN #9726)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Fax: 702.873.9966
gogilvie@mcdonaldcarano.com
ayen@mcdonaldcarano.com

Steven L. Procaccini (*Pro Hac Vice*)
Chris Ellis Jr. (*Pro Hac Vice*)
NISSENBAUM LAW GROUP, LLC
2400 Morris Avenue, Suite 301
Union, NJ 07083
Telephone: 908-686-8000
Fax: 908-686-8550
sp@gdnlaw.com
ce@gdnlaw.com

*Attorneys for plaintiff Todd VanDeHey*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD VANDEHEY, an individual, | CASE NO: 2:17-cv-02230-JAD-NJK |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF APPEARANCE – CHRIS ELLIS, Jr.** |
| REAL SOCIAL DYNAMICS, INC., a Nevada corporation; NICHOLAS KHO, an individual; OWEN COOK, an individual; AMBER KHO, an individual, John Does 2 through 10, all whose true names are unknown; ABC Companies 1 through 10, all whose true names are unknown. | |
| Defendants. | |

PLEASE TAKE NOTICE that Chris Ellis Jr., Esq., of the Nissenbaum Law Group, LLC, hereby withdraws his appearance in this case on behalf of plaintiff TODD VANDEHEY ("Plaintiff") and requests that he be removed from the CM/ECF service list in this case.

. . .

. . .

Accordingly, please remove the name, mailing address and email address listed below from the mailing lists and the Court's CM/ECF system for this case:

> Chris Ellis Jr., Esq.
> NISSENBAUM LAW GROUP, LLC
> 2400 Morris Avenue, Suite 301
> Union, New Jersey 07083
> ce@gdnlaw.com

George F. Ogilvie III, Esq. and Amanda C. Yen, Esq., of the law firm McDonald Carano LLP; and Steven L. Procaccini, Esq., of the law firm Nissenbaum Law Group, LLC, will continue to serve as counsel to Plaintiff in this matter.

DATED this 14th day of March, 2018.

McDONALD CARANO LLP

By: /s/Amanda C. Yen
George F. Ogilvie III (NSBN 3552)
Amanda C. Yen (NSBN 9726)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Steven L. Procaccini (*Pro Hac Vice*)
Chris Ellis Jr. (*Pro Hac Vice*)
NISSENBAUM LAW GROUP, LLC
2400 Morris Avenue, Suite 301
Union, NJ 07083

*Attorneys for plaintiff Todd VanDeHey*

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: March 14, 2018