**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD VANDEHEY, | Case No.: 2:17-cv-02230-JAD-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| REAL SOCIAL DYNAMICS, INC., et al., | |
| Defendant(s). | |

On June 29, 2018, this case was stayed pending resolution of the arbitration proceeding. Docket No. 91. The parties are hereby **ORDERED** to file a joint status report or, to the extent appropriate, dismissal papers by May 4, 2020.

IT IS SO ORDERED.

Dated: April 13, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1