1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  JOSEPH N. MOTT, ESQ.
   Nevada Bar No. 12455
3  MAIER GUTIERREZ & ASSOCIATES
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: (702) 629-7900
5  Facsimile: (702) 629-7925
   E-mail:  jag@mgalaw.com
6           jnm@mgalaw.com

7  *Attorneys for Defendants/Counterclaimants Real Social Dynamics, Inc., Nicholas Kho, Owen Cook, and Amber Kho*

8

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF NEVADA**

| | |
|---|---|
| TODD VANDEHEY, an individual, | Case No.: 2:17-cv-02230-JAD-NJK |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| REAL SOCIAL DYNAMICS, INC., a Nevada corporation; NICHOLAS KHO, an individual; OWEN COOK, an individual; AMBER KHO, an individual, John Does 2 through 10, all whose true names are unknown; ABC Companies 1 through 10, all whose true names are unknown, | |
| Defendants. | |
| REAL SOCIAL DYNAMICS, INC., a Nevada corporation; NICHOLAS KHO, an individual; OWEN COOK, an individual; AMBER KHO, an individual, | |
| Counterclaimants, | |
| and | |
| VALENTINE LIFE, a Nevada corporation, | |
| Nominal Counterclaimant, | |
| vs. | |
| TODD VANDEHEY, an individual, | |
| Counter-defendant. | |

1

Pursuant to the Court's Order entered on April 13, 2020 (ECF No. 92) the parties submit the following Joint Status Report:

I. **CURRENT STATUS OF ARBITRATION PROCEEDING**

Following a meet-and-confer among counsel on May 4, 2020, and in light of the current national COVID-19 pandemic and its impact on the practice of law, the parties to this action respectfully advise the Court that the same are currently seeking an immediate and proportionate extension to the arbitration's current discovery and adjudication schedule. **Exhibit A** attached hereto is a true and accurate copy of the joint application made to JAMS on behalf of each party to that case. In view of the pending application, the parties respectfully request an opportunity to provide the Court with a joint status update on or about September 15, 2020.

DATED this 4th day of May 2020

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Joseph A. Gutierrez*
_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JOSEPH N. MOTT, ESQ.
Nevada Bar No. 12455
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants/Counterclaimants Real Social Dynamics, Inc., Nicholas Kho, Owen Cook, and Amber Kho*

DATED this 4th day of May 2020

**NISSENBAUM LAW GROUP, LLC**

*/s/ Steven L. Procaccini*
_____
STEVEN L. PROCACCINI, ESQ. *(Pro Hac Vice)*
MADELAINE P. HICKS., ESQ. *(Pro Hac Vice)*
2400 Morris Avenue, Suite 301
Union, NJ 07083

and

GEORGE F. OGILVIE, III, ESQ.
Nevada Bar No. 3552
AMANDA C. YEN, ESQ.
MCDONALD CARANO LLP
Nevada Bar No. 9726
2300 W. Sahara Ave., Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Plaintiff Todd Vandehey*

IT IS SO ORDERED.  A joint status report must be filed by September 15, 2020, and every 90 days thereafter.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge