UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD VANDEHEY,<br>    Plaintiff(s),<br>v.<br>REAL SOCIAL DYNAMICS, INC., et al.,<br>    Defendant(s). | Case No. 2:17-cv-02230-JAD-NJK<br><br>**Order** |

On April 16, 2024, United States District Judge Jennifer A. Dorsey ordered the parties to "convene to get this case on track." Docket No. 122. The parties have, to date, not filed anything regarding those efforts. Accordingly, the parties are hereby **ORDERED** to file a stipulation by May 10, 2024, that includes the following:

1) A statement identifying the claims and parties remaining in the case. If there is not agreement on that issue, a brief discussion of the parties' competing perspectives, as well as a proposed procedural mechanism and schedule for resolving any such dispute;

2) A statement identifying with specificity the discovery already completed to date, *see* Docket No. 74 (prior scheduling order); Local Rule 26-3(a);

3) A statement identifying with specificity the discovery that remains to be completed or a statement that there is no discovery that remains to be completed, *see* Local Rule 26-3(b); and

4) A proposed schedule for advancing this case, including as applicable a deadline to amend or add parties, discovery-related deadlines, and a deadline for dispositive motions, *see* Fed. R. Civ. P. 16(b)(3)(A). Given the staleness of this case, the parties are forewarned that the Court is not inclined to drag out proceedings and **the proposed**

1

**deadlines are expected to reflect efforts to advance this case with appropriate haste**.

IT IS SO ORDERED.

Dated: May 3, 2024

_____
Nancy J. Koppe
United States Magistrate Judge