**SAO**
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile:  (702) 629-7925
E-mail:     jag@mgalaw.com
            mes@mgalaw.com

*Attorneys for Defendants Real Social Dynamics, Inc.,*
*Nicholas Kho, Owen Cook and Amber Kho*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| VALENTINE LIFE, INC., LLC, a Nevada corporation and TODD VANDEHEY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>REAL SOCIAL DYNAMICS, INC., a Nevada corporation; NICHOLAS KHO, an individual; OWEN COOK, an individual; AMBER KHO, an individual,<br><br>Defendants. | Case No.: 2:17-cv-02230-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 7-1, it is hereby stipulated by and between Plaintiffs VALENTINE LIFE, INC., LLC and TODD VANDEHEY, and Defendants, REAL SOCIAL DYNAMICS, INC., NICHOLAS KHO, OWEN COOK, and AMBER KHO (collectively "Defendants"), by and through their counsel as follows:

On August 26, 2024, Plaintiffs filed a Third Amended Complaint (ECF No. 136). Defendants' responsive pleading is currently due September 9, 2024. The undersigned agree that Defendants' shall have until **September 18, 2024**, to file their responsive pleading.

This is the parties' first request for an extension of time in which to respond to Plaintiff's Third Amended Complaint. It is not intended to cause any delay or prejudice any party. Rather, the parties

1

1  hereto agree to an extension in good faith due to the litigation workload of the parties and the excessive
2  number of litigation matters currently in process for the parties.
3  DATED this 12th day of September 2024.   DATED this 12th day of September 2024.
4  **MAIER GUTIERREZ & ASSOCIATES**        **MCDONALD CARANO LLP**

5  /s/ *Joseph A. Gutierrez*                /s/ *George F. Ogilvie III*
   JOSEPH A. GUTIERREZ, ESQ.                GEORGE F. OGILVIE III, ESQ.
6  Nevada Bar No. 9046                      Nevada Bar No. 3552
   MARGARET E. SCHMIDT, ESQ.                AMANDA C. YEN, ESQ.
7  Nevada Bar No. 12489                     Nevada Bar No. 9726
   *Attorneys for Defendants Real Social*   2300 W. Sahara Ave, Ste. 1200
8  *Dynamics, Inc., Nicholas Kho, Owen Cook and*  Las Vegas, NV 89102
   *Amber Kho*                              *Attorneys for Plaintiffs Valentine Life Inc.,*
9                                           *LLC and Todd Vandehey*

10 DATED this 12th day of September 2024.

11 **PROCACCINI LAW GROUP, LLC**

12 /s/ *Steven L. Procaccini*
13 STEVEN L. PROCACCINI (*PRO HAC VICE*)
   100 Enterprise Drive, Suite 301
14 Rockaway, New Jersey 07866
   *Attorneys for Plaintiffs Valentine Life Inc.,*
15 *LLC and Todd Vandehey*

16
17
18 **IT IS SO ORDERED**.

19  _____
    United States Magistrate Judge
20
21  DATED: September 12, 2024
22
23
24
25
26
27
28

2