George F. Ogilvie III (NV Bar #3552)
Amanda C. Yen, Esq. (NSBN #9726)
MCDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone:  702.873.4100
Fax:  702.873.9966
gogilvie@mcdonaldcarano.com
ayen@mcdonaldcarano.com

Steven L. Procaccini (Admitted *Pro Hac Vice*)
PROCACCINI LAW GROUP, LLC
100 Enterprise Drive, Suite 301
Rockaway, New Jersey 07866
Telephone: 908.430.5880
Fax: 908.546.1005
sp@plgnj.com

*Attorneys for Plaintiff Todd VanDeHey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALENTINE LIFE, INC., a Nevada corporation and TODD VANDEHEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>REAL SOCIAL DYNAMICS, INC., a Nevada corporation; NICHOLAS KHO, an individual; OWEN COOK, an individual; AMBER KHO, an individual,<br><br>Defendants. | Case No.: 2:17-cv-02230-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR BRIEFING REGARDING DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT (ECF No. 140)**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, it is hereby stipulated by and between Plaintiffs VALENTINE LIFE, INC., LLC and TODD VANDEHEY, and Defendants, REAL SOCIAL DYNAMICS, INC., NICHOLAS KHO, OWEN COOK, and AMBER KHO (collectively "Defendants"), by and through their counsel as follows:

On September 18, 2024, Defendants' filed a Motion to Dismiss Plaintiffs' Third Amended Complaint ("Motion") (ECF No. 140).  The due date for Plaintiffs' response to the Motion is currently October 2, 2024.  The undersigned agree that the October 2, 2024 due date shall be extended through **October 9, 2024**.  Defendants' shall have through and until **October 16, 2024** to

file their reply in support of the Motion.

The reason for the requested extension is Plaintiffs' counsel's trial schedule. Plaintiffs' counsel has been scheduled for a three-week trial commencing Monday, October 7, 2024, and the parties have been involved in mediation to resolve the dispute. An agreement in principal has just been reached. This is Plaintiffs' first request for an extension of time to file a response to the Motion. It is not intended to cause any delay or prejudice any party.

DATED this 4th day of October, 2024.

| McDONALD CARANO LLP | MAIER GUTIERREZ & ASSOCIATES |
|---|---|
| By: */s/ George F. Ogilvie III*<br>George F. Ogilvie III (NSBN 3552)<br>Amanda C. Yen, Esq. (NSBN 9726)<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>Telephone: 702.873.4100<br>Fax: 702.873.9966<br>gogilvie@mcdonaldcarano.com<br>ayen@mcdonaldcarano.com<br><br>Steven L. Procaccini<br>(Admitted *Pro Hac Vice*)<br>PROCACCINI LAW GROUP, LLC<br>100 Enterprise Drive, Suite 301<br>Rockaway, New Jersey 07866<br>Telephone: 908.430.5880<br>sp@plgnj.com<br><br>*Attorneys for TODD VANDEHEY* and *VALENTINE LIFE* | By: */s/ Joseph A. Gutierrez*<br>Joseph A. Gutierrez, Esq. (NSBN 9046)<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>Telephone: (702) 629-7900<br>jag@mgalaw.com<br><br>*Attorneys for REAL SOCIAL DYNAMICS, INC., NICHOLAS KHO, OWEN COOK,* and *AMBER KHO* |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 8, 2024